# UNITED STATES DISTRICT COURT

for the

Northern District of Iowa

**Cedar Rapids** Division

| | |
|---|---|
| Ethan Lee Palmer<br>_Plaintiff(s)_<br>*(Write the full name of each plaintiff who is filing this complaint.<br>If the names of all the plaintiffs cannot fit in the space above,<br>please write "see attached" in the space and attach an additional<br>page with the full list of names.)*<br><br>-v-<br><br>Brian Gardner, Pete Wilson, Patrick Reinert, US Marshalls<br><s>(See attached)</s><br>_Defendant(s)_<br>*(Write the full name of each defendant who is being sued. If the<br>names of all the defendants cannot fit in the space above, please<br>write "see attached" in the space and attach an additional page<br>with the full list of names. Do not include addresses here.)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Case No.     1:22-cv-113-CJW-KEM

*(to be filled in by the Clerk's Office)*

RECEIVED SEP 2 1 2022

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Prisoner Complaint)

---

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

---

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name _Ethan Lee Palmer_

All other names by which you have been known: _____

ID Number _95046_

Current Institution _Black Hawk County Jail_

Address _225 E. 6th Street_

_Waterloo,_ _IA_ _50703_
City          State          Zip Code

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title *(if known)* and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1

Name _Brian Gardner_

Job or Title *(if known)* _Sheriff of Linn County_

Shield Number _____

Employer _State of Iowa_

Address _310 2nd Ave SW_

_Cedar Rapids_ _IA_ _52401_
City          State          Zip Code

☒ Individual capacity  ☒ Official capacity

Defendant No. 2

Name _Pete Wilson_

Job or Title *(if known)* _Jail Administrator_

Shield Number _____

Employer _State of Iowa_

Address _Linn County Jail 53 3rd Ave_

_Cedar Rapids_ _Ia_ _52401_
City          State          Zip Code

☒ Individual capacity  ☒ Official capacity

Defendant No. 3
    Name _Patrick Reinert_
    Job or Title *(if known)* _United States Attorney_
    Shield Number
    Employer _United States of America_
    Address _111 7th Ave SE Box #1_
    _Cedar Rapids_ _Ia_ _52401_
        City      State      Zip Code

    [X] Individual capacity    [X] Official capacity

Defendant No. 4
    Name _U.S. Marshall Service_
    Job or Title *(if known)* _Marshall Service_
    Shield Number
    Employer _United States of America_
    Address _1215 South Clark St._
    _Arlington_ _Va_ _22202_
        City      State      Zip Code

    [X] Individual capacity    [X] Official capacity

## II.    Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A.    Are you bringing suit against *(check all that apply)*:

    [X] Federal officials (a *Bivens* claim)

    [X] State or local officials (a § 1983 claim)

B.    Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

_8th + 14th_

C.    Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

_8th + 14th_

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

1- US Marshalls have authority by United States of America
2- Patrick Reinert is United States Attorney
3- Major Pete Wilson is jail administrator of Linn County Jail
4- Brian Gardner is the Sheriff of Linn County and exercises power by authority of State of Iowa

## III. Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

☒ Pretrial detainee  *Currently in Black Hawk County Jail*

☐ Civilly committed detainee

☐ Immigration detainee

☐ Convicted and sentenced state prisoner

☐ Convicted and sentenced federal prisoner

☒ Other *(explain)*  *Material Witness during time of claim*

## IV. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. If the events giving rise to your claim arose outside an institution, describe where and when they arose.

B. If the events giving rise to your claim arose in an institution, describe where and when they arose.

*Linn County Jail, Cedar Rapids, IA 52401  May 27, 2022*

Case 1:22-cv-00113-CJW-KEM   Document 1-1   Filed 09/21/22   Page 4 of 34

Sheriff Brian Gardner and major Pete Wilson displayed deliberate Indifference in failing to require U.S. Marshalls and United States Attorney Patrick Reinert to include necessary information to assign and/or classify Palmer appropriately. Linn County Correctional Center Inmate Handbook (Hereinafter refered to as LCIH) (#A) states

"Assignment is entirely the concern of the center."

To make the assignment the center states that (LCIH#A) "Inmates will be assigned to quarters in the center based on an evaluation of charges, age, sex, nature of confinement, special segregation needs, emotional maturity and other pertinent factors."

In multiple newspaper articles Gardner is quoted and he reiterates in email correspondence with Palmer that jail staff was not aware of any "protective order." "charges," or that he was only a material witness and not facing charges. Sheriff Gardner also states that this lack of information, which is required for assessment, is "common" and typically "only receives a remand".

This lack of adherence to a jail policy led to Palmer being placed with a violent, sentenced offender who assaulted causing serious injury and being charged with Wilful Injury Causing Serious Bodily Injury and Tampering with a Witness in Linn County District Court. The Sheriff and Pete Wilson violated Palmers 8th and 14th Amendments by not adhering to a jail policy, with

and stood idly by while it was violated.

Sheriff Gardner and Mayor Pete Wilson showed deliberate indifference by ignoring non-compliance with section 5 of the LCH, which states,

"Pre-trial detainees may be segregated from non-pretrial detainees, whenever possible." Palmer was in a single cell before being moved to general population pod therefore segregation was possible. Section 5 also states "Inmates who have exhibited violent behavior" and "pose a threat" will be segregated. Drew Blahnik has been sentenced to 57 years for the stabbing of a Cedar Rapids man. He is an ex-Army Ranger who buried his victim, dug him up and attempted to burn him only to rebury him. Mr. Blahnik had exhibited extreme violence and was not a pre-trial detainee. Palmer, a material witness and informant, should never been moved to a pod with Drew Blahnik.

Palmer is reluctant to claim corrupt motives on the part of jail staff but one most wonder how Boehler knew Palmer was coming the next day, would be moved into that pod and had time to arrange the assault. Especially considering all this was arranged the day before Palmer was even in Federal custody.

Palmer's 8th & 14th amendments were violated by Gardner and Wilson when kept Blahnik in a general population pod after sentenced to a violent

by Palmer

Sheriff Gardner and Major Pete Wilson failed to
maintain adequate safeguards for inmates, knew
they were inadequate, and covered up the
inadequacies with inhouse investigations. Since
2019 Linn County has led the State with 7 deaths inside
its walls. During this time the State has had 36
total fatalities in it 99 county jails. Nearly 1/5
of jail deaths happened in Linn County Correctional
center according to numerous articles on the
subject.

Gardner has on numerous occasions been quoted
as stating these deaths we "unpreventable" and
that there "are too many cameras" so the picture rotates.
In personal emails with Palmers wife Gardner uses
phrases like "Nithing we could do" and states Palmers
claim is with the U.S. Marshalls, specifically Patrick
Remert because all they sent was a remand.

The very fact Gardner uses the words "unpreventable"
with "suicide" and "drug overdoses" is at the very least
alarming. This correlation he attempts to avoid
responsibility shows the callousness and disregard
he has toward the human beings that he has
pledged to and been given power over.

In Palmers assault Gardner stated that
the assault lasted 3 minutes (an eternity for a
jail house assault) and that jail staff responded
within 3 minutes of Palmer activating an

an acceptable amount of time! After a call for EMT assistance, the EMT's were on scene in 2min 24 seconds. Gardner states staff didn't see anything. In a 24 hr a day monitored environment with too many cameras and outside Agency made it on scene before his staff, on the same floor in the same building did. Twice as fast!! Yet Gardner states "Nothing more we could do." Maybe buy another monitor?

Gardner has also been called upon by many to have outside investigations. Instead Gardner uses Sheriff Detectives, detectives that most likely started in the jail and worked under Gardner. Investigating yourself isn't an investigation. Most other jails use the DCI because they provide critical oversight, provide chances improvement and avoids conflict of interest. Inside investigations are a playbook for cover-ups and "too many cameras" is the playbooks #1 play.

Gardner and Wilson failed to provide adequate monitoring systems, failed to properly investigate, failed to improve and most importantly failed to want to get better. No one can know if 6 minutes would have saved any of those 7 but any improvement would have helped diminish the assault time and lessen the long term

United States Attorney Patrick Reinert and unidentified U.S Marshalls failed to provide pertinent and necessary information to Linn County jail that is required per jail policy. Sheriff Gardner, Pete Wilson and Linn County Attorney Monica Slaughter have all shared through emails that it was the U.S. Marshalls fault, specifically Patrick Reinert for not alerting jail staff to Palmers unique remand status. While most everyone involved has voiced outrage to what happened, and placed blame squarely on someone elses shoulders, NOT ONE PERSON HAS DONE ANYTHING TO RECTIFY THE WRONG, SECURE MEDICAL SERVICES OR EVEN CARED TO CHECK ON PALMER. ONCE PALMER TESTIFIED FOR FEDERAL PROSECUTORS HE WAS ON HIS OWN

C.    What date and approximate time did the events giving rise to your claim(s) occur?

_May 27,2022  App  4:58 P.M._

D.    What are the facts underlying your claim(s)?  *(For example:  What happened to you?  Who did what? Was anyone else involved?  Who else saw what happened?)*

_On May 27, 2022 I was arrested on a "Material Witness"_
(cont)

## V.    Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

_"Impressive facial trauma" "Trauma Level 2" "Eyes Swelled shut"_
(cont)

## VI.    Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged.  Explain the basis for these claims.

_I am 47 years old with an associates degree in Civil Engineering._
_I have severe back and shoulder pain which will make life difficult_
_Without working I will have no 401K Plan or retirement. I anticipate_
_Possible surgery as well as long term psychiatric care for PTSD,_
_Anxiety and depression. Life expectancy 80 yrs old_

| | | |
|---|---|---|
| Lost Wages 47-65 yrs old = 18 years @ 62,000 year = $1,114,000 | | |
| Retirement 65-80 = 15 yrs. @ 31,000 year = $465,000 | | |
| Surgery/ Medical 47-80 = 33 yrs @ $20,000 year | | $660,000 |
| Psychiatric = 33 yrs @ $10,000 year | | $330,000 |

_Actual       $1,577,000.000_
_Punitive     $5,154,00.000_
_TOTAL - $7,751,000.00_

warrant by U.S. Marshalls to secure my presence
at the trial of Justin Buehler. I had made
controlled buys for federal Agents Mullaix and
~~Bue~~ Bassett at Buehlers residence.

   During intake I instructed every jailer I saw
that I was a material witness and wanted protective
custody. Staff granted that wish. After an hour
or two staff moved me to a general population
pod where I was placed in Buehlers old bunk.
My bunkmate asked my name and I said "Nate"
He asked me if I was ~~pr~~ from Odwecca and
I responded with "no, I'm from Iowa City."
He came back with "Good, cuz we waiting on
a snitch from Odwecca"

   A short time later I used the telephone and saw
Justin Buehlers name on the phone sign-up and
I knew I was in trouble. Minutes later my attorney
John Jacobson arrived and we spoke. I advised
him I was going to "get killed" and he
shrugged and left. I again pleaded with
jail staff for single cell and was ignored.

   Roughly 5 minutes later I was exiting the
bathroom and was punched in the side of
the face and knocked out. Ex-Army Ranger,
Drew Blahnik, a violent convicted killer,
has attacked me along with Gregory
Sills, another convicted federal inmate.
They ~~beat~~ me unconscious and repeatedly

where they kicked, punched, stomped and jumped on my head, chest and shoulders, as well as hit me with ~~stell~~ steel lunch trays. They assaulted me for over 3 minutes while I lay unconscious. After they tired, I woke up and crawled to the emergency aid button. According to Gardner jail staff arrived within 3 minutes.

I was taken to Mercy Hospital and then transferred to UIHC 8 hours later for a higher level of care.

A few days later I testified against Justin Buehler and testimony shows Buehler knew the day before I was even in custody, he arranged the assault and it was well-known that Blabnick and Buehler were friends.

After testifying I have received no leniency, commendation or any effort by federal investigators to help me in any form. Black Hawk County has refused virtually every medical request I have asked for. I suffer from PTSD, Anxiety and Depression and suffer from what I believe to be herniated discs in my L2 + L5 (documented), two torn rotator cuff [?] [?] [?] infections.

The assault is on video.

Injuries (cnt)                    T = Treated  NT = Not treated

Bilateral Eye Swelling          T

Closed fracture of right orbital floor  (T Surgery required)

Ecchmosis on brachial area of right arm  T

Contusion of superior chest wall.       T

Swelling to nasal bridge  (T Surgery needed to straighten
                            Appt. too late

Bilateral facial contusions    T

Bruising on chest, back and arms   T

Ecchymosis in both eyes      T

Facial lacerations            T

Cervical Spine Pain    (NT)

Periorbital Contusions    T

Bilateral Mandible         T

Swelling to Nose  T

Edema surrounding both eyes  T

Heavy Hemoraging    T

Entrapment            T

Nuerovascular tact distally  T

Swelling to mouth          T

Right arm contusion    T

3 fracture ribs      T

Right shoulder deformity  (NT)  No appt made

Raised ocular pressure     T

Right inferior orbital wall fracture  T

Multiple Inguinal Hernias  (NT)   No appt made

Schmorl nodes at L2 and L5  (NT)  No appt made

Bone Spur Right Knee  (NT)  No appt made

Neck pain    (NT)     No appt made

Shoulder Pain  (NT)

Abnormal Blood test reported / Untreated

| Elevated Levels | Normal | Palmers levels |
|---|---|---|
| Neutrophils Absolute | (1.94-7.22) | 10.48 |
| Monocytes Absolute | (.3 - .86) | .90 |
| Immature Granulocyte Absolute | (0 - .09) | .28 |

High levels of Neutrophils, Monocytes and Immature Granulocyte Absolute are ~~an~~ an indication of Osteomyelitis. Osteomyelitis is a bone infection that causes swelling and numbness in extremities. I have been complaining for months about shoulder pain and sore / numb fingers in both hands. I have not been treated for this, back pain, Constant headaches / memory loss.

I have been diagnosed with PTSD, Anxiety and Depression. All these issues will continue to decline ~~I~~ as I am in the same environment as assault and am constantly on red alert. I know this is not the place or forum BUT

PLEASE HELP ME!

**VII. Exhaustion of Administrative Remedies Administrative Procedures**

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A.  Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☒ Yes

☐ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

B.  Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☒ Yes

☐ No

☐ Do not know

C.  Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☐ Yes

☐ No

☒ Do not know

If yes, which claim(s)?

D.   Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☐ Yes

☒ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes

☒ No

E.   If you did file a grievance:

1.   Where did you file the grievance?

NA

2.   What did you claim in your grievance?

NA

3.   What was the result, if any?

NA

4.   What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)*

NA

F.  If you did not file a grievance:

1.  If there are any reasons why you did not file a grievance, state them here:

After the assault, I was segregated, without being able to see because of swelling I did not leave my cell except for shower. They brought me a portable phone to call and on 4th day transfered me out of jail for my safety.

2.  If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

I corresponded with Sheriff Gardner by email Sept 9, 2022, Jail administrator Major Pete Wilson on 7-25-22, 8-3-22, 8-8-22, Sept 8+9, 2022, County attorney Monica Slaughter on 8-9-22, 8-30-2022, Scot 1,6,7,15. All 3 stated that Jail was not at fault and that any complaint should be addressed to US marshalls

G.  Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

Mayor Tiffany O'Donnel also replied that it is a federal matter. I have filed dozens of Patrick Reinet + medical and mental requests in Black Hawk County to no avail.

*(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)*

emails enclosed in this packet

## VIII. Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes

☒ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

A.  Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☐ Yes

☒ No

B.  If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1.  Parties to the previous lawsuit

    Plaintiff(s)    N A

    Defendant(s)    NA

2.  Court *(if federal court, name the district; if state court, name the county and State)*

    N A

3.  Docket or index number

    N/A

4.  Name of Judge assigned to your case

    N/A

5.  Approximate date of filing lawsuit

    N/A

6.  Is the case still pending?

    ☐ Yes     N/A
    ☐ No

    If no, give the approximate date of disposition.    N/A

7.  What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

    N/A

C.  Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

☐ Yes

☒ No

D.   If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1.   Parties to the previous lawsuit

Plaintiff(s)        *N A*

Defendant(s)     *N A*

2.   Court *(if federal court, name the district; if state court, name the county and State)*

*N A*

3.   Docket or index number

*N A*

4.   Name of Judge assigned to your case

*N A*

5.   Approximate date of filing lawsuit

*N A*

6.   Is the case still pending?

☐ Yes

☐ No

If no, give the approximate date of disposition     *N A*

7.   What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

*N A*

## IX. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: _9/19/2022_

| | |
|---|---|
| Signature of Plaintiff | _Ed J P. l_ |
| Printed Name of Plaintiff | _Ethan Lee Palmer_ |
| Prison Identification # | _95046_ |
| Prison Address | _225 E 6th St._ |
| | _Waterloo_     _Ia_     _50703_ |
| | City     State     Zip Code |

### B. For Attorneys

Date of signing: _____

| | |
|---|---|
| Signature of Attorney | _____ |
| Printed Name of Attorney | _____ |
| Bar Number | _____ |
| Name of Law Firm | _____ |
| Address | _____ |
| | City     State     Zip Code |
| Telephone Number | _____ |
| E-mail Address | _____ |

 Gmail                                    **Laurie Palmer <pp2renovations@gmail.com>**

## Ethan Palmer
7 messages

**Laurie Palmer** <pp2renovations@gmail.com>                    Fri, Sep 9, 2022 at 9:50 AM
To: sheriff@linncountyiowa.gov

Mr. Gardner, my name is Laurie Palmer. I am the wife of Ethan Palmer. I'm sure you are aware of the assault that
happened on May 27, 2022 in Linn County. My husband was a material witness as an informant. He has no charges prior
or since in your community. He wasn't going to testify when the Marshals detained him and then the assault happened.
I am going to attach the emails I have sent to your mayor. I am hoping that I can help make changes so this doesn't
happen again. I was advised to reach out to you.

Thank you,
Laurie Palmer
319-284-2277

I am aware of the messages between you and Mayor O'Donnell's office. As I'm sure that you were advised, the Cedar Rapids Mayor has no jurisdiction over the Linn County Correctional Center, as statutorily, that is my responsibility. I am also aware that you have been in contact with Jail Administrator Major Pete Wilson on multiple occasions. To my knowledge, it appears that he has answered your questions honestly and to the best of his ability. As to your latest question, as to why your husband remained in a local hospital for several hours prior to being transported to the UIHC, as Major Wilson has advised you, it's our understanding that no ambulance was immediately available to make that transport run. This is something that you will need to address with the hospital and/or ambulance company.

I know that you have referred to the Gazette article in your message to Mayor O'Donnell. As you are now aware, and as I advised the Gazette reporter and as she reported in her article, the jail was never advised of any no contacts between your husband and his assailant, the jail staff did not witness the assault, the jail staff responded to your husband's request for assistance within 3 minutes after he activated the call button, and criminal charges were filed against your husband's assailant.

While I am sorry that husband was assaulted while in custody, I'm not sure what else could have been done based on the information that was available to us at the time.



**Brian D. Gardner**
*Sheriff*
**LINN COUNTY SHERIFF'S OFFICE**

*A Credible Leadership Organization*
310 2nd Ave. SW  |  Cedar Rapids, IA 52404
Ph: 319-892-6100  |  Fax: 319-892-6276
LinnCountyIowa.gov  |  🐦 @LinnIASheriff

[Quoted text hidden]

---

**Laurie Palmer** <pp2renovations@gmail.com>                      Fri, Sep 9, 2022 at 10:26 AM
To: "Gardner, Brian" <Brian.Gardner@linncountyiowa.gov>

Thank you Mr. Gardner. So with the information you were given, what is the policy there for moving federal material witnesses in with general inmates? Because if it had been me in there, and I didn't have charges in your county, and was placed in with inmates and assaulted, this conversation would be very different, correct? Perhaps it's a policy issue.
[Quoted text hidden]
--
Psquared Renovations

---

**Gardner, Brian** <Brian.Gardner@linncountyiowa.gov>               Fri, Sep 9, 2022 at 10:33 AM
To: Laurie Palmer <pp2renovations@gmail.com>
Cc: "Wilson, Pete" <Pete.Wilson@linncountyiowa.gov>

It's all based on what (if any) information that we are provided by the US Marshal's Service when they bring their detainees to us. Typically, all we get is just a detainer, which literally just says, hold this person for us. We are often not even made aware of their charges or the reason for the detainer. They can also make us aware of any potential no contacts...something that was not done in your husband's case.

[Quoted text hidden]

---

**Laurie Palmer** <pp2renovations@gmail.com>                      Fri, Sep 9, 2022 at 10:41 AM
To: "Gardner, Brian" <Brian.Gardner@linncountyiowa.gov>

Sir, I'm not at all blaming you, I appreciate you being so forthcoming with me. Perhaps I should have come to you first. I know where the Marshals dropped the ball because they only needed a criminal hold. They are not holding me

there was no protective order for anyone surrounding my husbands presence in the facility?
Because if that's the case, you wouldn't of known who he was testifying against. You wouldn't have known if he was being charged or not. And you certainly wouldn't have known to NOT move him in with Mr. Buehler's previous cell mates. But the Marshals would have known all of this information.

Thank you
[Quoted text hidden]
--
Psquared Renovations

---

**Gardner, Brian** <Brian.Gardner@linncountyiowa.gov>                    Fri, Sep 9, 2022 at 11:01 AM
To: Laurie Palmer <pp2renovations@gmail.com>

Correct. But just to clarify, the Marshal's Office would only have been made aware of any potential no contacts if they were informed of that by the US Attorney's Office, as they are agency responsible for prosecuting the federal criminal cases.

[Quoted text hidden]

---

**Laurie Palmer** <pp2renovations@gmail.com>                              Fri, Sep 9, 2022 at 11:06 AM
To: "Gardner, Brian" <Brian.Gardner@linncountyiowa.gov>

I understand and I'm truest grateful for you taking the time to talk with me. This entire time, I've only meant for the Marshals to take responsibility not you. My husband was safe and left in their custody, not your agency. The only thing I do want to mention though is this; while you were not made of any no contact orders, I feel that he should have never been transferred out of where he was initially. Because in the short time he was in that pod, his cell ate told him they were waiting for a snitch from Oelwein. They knew he was coming and it was planned. Your guards even spoke of an inmate acting peculiar by the name of Peña.
[Quoted text hidden]
--
Psquared Renovations

 Gmail

**Laurie Palmer <pp2renovations@gmail.com>**

## RE: Ethan Palmer
1 message

**Laurie Palmer** <pp2renovations@gmail.com>                     Mon, Jul 25, 2022 at 9:14 AM
To: "Wilson, Pete" <pete.wilson@linncountyiowa.gov>

Mr. Wilson, please pass this on to the nice woman who has been calling me about my husband. Because I am asking why am I paying for medication prescribed to my husband Ethan for injuries sustained in your facility? And it's been two damn months, why aren't charges filed?

Laurie Palmer
--
Psquared Renovations

 **Gmail**                              **Laurie Palmer <pp2renovations@gmail.com>**

## Ethan Palmer
2 messages

**Laurie Palmer** <pp2renovations@gmail.com>                    Wed, Aug 3, 2022 at 10:47 AM
To: John Bishop <johnbishoplaw@gmail.com>, Nate Neff <NNeff@bhcso.org>, "Wilson, Pete"
<pete.wilson@linncountyiowa.gov>, jamie@voslawfirm.com

> I'm giving this courtesy email to inform you that a reporter is calling me this afternoon to speak about Ethan's assault.
> That is all
>
> Thank you
> Laurie Palmer
> --
> Psquared Renovations

**John Bishop** <johnbishoplaw@gmail.com>                       Wed, Aug 3, 2022 at 11:13 AM
To: Laurie Palmer <pp2renovations@gmail.com>

> Laurie -
>
> Thanks for the info.  I hope it goes well.
>
> John
> [Quoted text hidden]

 **Gmail**

Laurie Palmer <pp2renovations@gmail.com>

# Update
3 messages

---

**Laurie Palmer** <pp2renovations@gmail.com>       Tue, Aug 2, 2022 at 7:46 PM
To: "Wilson, Pete" <pete.wilson@linncountyiowa.gov>

Regarding Ethan Palmer, I feel as though we have been as patient as an assault victim can possibly be in asking for your cooperation in this matter. No charges have been filed, why? That's a rhetorical question because I already know why you won't handle this matter professionally.

You can dismiss me as much as you choose. You may not even read this email but that's okay, it shows how many times I've reached out to you for help only to be denied or ignored. Ironically, it feels as though I'm being treated as well as your inmates.

There are multiple lawyers now involved in helping my husband. You can ignore this question, but why have you not done anything to the men responsible for Me. Palmers assault? It's been over 2 months and it's completely cut and dry so why is everyone dragging their feet?

You make it impossible to be proactive because you ignore my requests or you pass it off to someone else. Yes, I'm very upset now. You can absolutely do better as a jail not to mention a human being. What if this was your son? I bet you would want swift justice and because of who you are, you would get it quickly. Now you know where we are.

Thank you
Laurie Palmer
319-284-2277
--
Psquared Renovations

---

**Wilson, Pete** <Pete.Wilson@linncountyiowa.gov>       Wed, Aug 3, 2022 at 11:58 AM
To: Laurie Palmer <pp2renovations@gmail.com>
Cc: "Sandvick, Matt" <Matt.Sandvick@linncountyiowa.gov>

We have met with the County Attorney's Office and they were checking to see where the Feds were at with the charges and State charges would be filed if needed based on their conversation. I forwarded your below e-mail to the County Attorney's Office to see where they are at in this case for charges as well as leaving a voice message for them this morning.



**Pete Wilson**
*Major – Jail Administrator*
**LINN COUNTY CORRECTIONAL CENTER**

*A Credible Leadership Organization*
53 3rd Avenue Bridge | Cedar Rapids, IA 52401
Ph: 319-892-6300 | Fax: 319-892-6398
LinnCountyIowa.org | 🐦 @LinnIASheriff

[Quoted text hidden]

---

**Laurie Palmer** <pp2renovations@gmail.com>       Wed, Aug 3, 2022 at 11:59 AM
To: "Wilson, Pete" <Pete.Wilson@linncountyiowa.gov>

Thank you Mr. Wilson
[Quoted text hidden]
--
Psquared Renovations

 **Gmail**

**Laurie Palmer <pp2renovations@gmail.com>**

## Regarding Ethan Palmer
15 messages

---

**Laurie Palmer** <pp2renovations@gmail.com>       Wed, Jun 1, 2022 at 10:08 AM
To: pete.wilson@linncountyiowa.gov

Me. Wilson, my name is Laurie Palmer. My husband is being held in your establishment by the Marshals as a witness in an upcoming trial. I'm sure you are aware that an incident occurred within 24 hours of him being placed there. Why was he even moved out of protection? And why was he placed amongst inmates? You do have a responsibility to protect and serve, especially in your custody, regardless of who the person is.
I am emailing to request a copy of the incident report of my husband's attack. Please email the documents to this email.

Thank you,
Laurie Palmer
--
Psquared Renovations

---

**Wilson, Pete** <Pete.Wilson@linncountyiowa.gov>       Wed, Jun 1, 2022 at 1:49 PM
To: Laurie Palmer <pp2renovations@gmail.com>

Laurie,


There is an open investigation going on regarding this incident. We are not able to release any documents during the investigation.

      **Pete Wilson**
*Major – Jail Administrator*
**LINN COUNTY CORRECTIONAL CENTER**

*A Credible Leadership Organization*
53 3rd Avenue Bridge | Cedar Rapids, IA 52401
Ph: 319-892-6300 | Fax: 319-892-6398
LinnCountyIowa.org | 🐦 @LinnIASheriff

[Quoted text hidden]

---

**Laurie Palmer** <pp2renovations@gmail.com>       Wed, Jun 1, 2022 at 2:21 PM
To: "Wilson, Pete" <Pete.Wilson@linncountyiowa.gov>

Thank you. Can you please notify me when that is complete and what the result of this investigation?
[Quoted text hidden]
--
Psquared Renovations

---

**Wilson, Pete** <Pete.Wilson@linncountyiowa.gov>       Wed, Jun 1, 2022 at 3:22 PM
To: Laurie Palmer <pp2renovations@gmail.com>

I will let you know once it is completed.

https://mail.google.com/mail/u/0/?ik=363e445c4d&view=pt&search=all&permthid=thread-a%3Ar2178157263268870711&simpl=msg-a%3Ar62532307...    1/4

[Quoted text hidden]

---

**Laurie Palmer** <pp2renovations@gmail.com>                    Mon, Jun 6, 2022 at 10:17 AM
To: "Wilson, Pete" <Pete.Wilson@linncountyiowa.gov>

Can you please give me an update regarding this investigation?

Thank you
[Quoted text hidden]
--
Psquared Renovations

---

**Wilson, Pete** <Pete.Wilson@linncountyiowa.gov>               Mon, Jun 6, 2022 at 2:14 PM
To: Laurie Palmer <pp2renovations@gmail.com>

There will be criminal charges filed regarding the assault that occurred.

[Quoted text hidden]

---

**Laurie Palmer** <pp2renovations@gmail.com>                    Mon, Jun 6, 2022 at 2:49 PM
To: "Wilson, Pete" <Pete.Wilson@linncountyiowa.gov>

I understand. We are pursuing criminal charges as well.
[Quoted text hidden]
--
Psquared Renovations

---

**Laurie Palmer** <pp2renovations@gmail.com>                    Wed, Jun 8, 2022 at 6:32 PM
To: "Wilson, Pete" <Pete.Wilson@linncountyiowa.gov>

During the trial today, it was stated by the witness that testified to attacking Mr. Palmer, that he had received a copy of the incident report. It is only reasonable that we receive a copy of the report as well as a copy of the footage. Mr. Palmer is entitled to transparency from your Correctional Center given the fact he is a victim of a federal crime.

Thank you
[Quoted text hidden]
--
Psquared Renovations

---

**Wilson, Pete** <Pete.Wilson@linncountyiowa.gov>               Thu, Jun 9, 2022 at 4:59 PM
To: Laurie Palmer <pp2renovations@gmail.com>

The incident report that the inmate is referring to is the in-house disciplinary report he received for his participation in the incident.  While this matter is being reviewed and investigated, no reports or camera footage will be released.

[Quoted text hidden]

---

**Laurie Palmer** <pp2renovations@gmail.com>                    Mon, Jun 20, 2022 at 4:05 PM
To: "Wilson, Pete" <Pete.Wilson@linncountyiowa.gov>

Good day Mr. Wilson,
    I was curious if there was an update with your investigation of my husband's assault. Without the video and photographs, it is very hard for the doctors to determine the extent of his injuries. And this information is vital to his healthcare and current medical needs.
    I understand the weight of your job, and empathize that you may deal with spouses such as myself. I am only trying to get his injuries monitored and treatment if needed.
    We have not retained counsel but have been contacted by a few. This is not the avenue we want to take. We would rather deal with this discretely. Obviously Ethan is entitled to compensation due to the points in the case, I'm sure you

agree. The medical expenses should be the highest priority to the Correctional Center.
   We are open to a conversation regarding this matter without council so I will ask that the next correspondence to come from you sir.

Thank you,
Laurie Palmer
[Quoted text hidden]
--
Psquared Renovations

---

**Laurie Palmer** <pp2renovations@gmail.com>                          Sat, Jul 9, 2022 at 6:17 AM
To: "Wilson, Pete" <Pete.Wilson@linncountyiowa.gov>

Good day sir,
   I'm not inquiring about an update. The Federal Marshals have been in contact with me and are pushing forward with charges against the two or three inmates involved in my husband's assault. At this time, we are asking that you turn over all photographs, camera footage, phone recordings and testimony used in Mr. Buehlers case regarding the assault and the witness that testified to carrying it out. It is our right to press charges as well and my husband is going to do just that. We have been patient. I've spoken with the woman that you sent my last email to and she was very nice and wanting justice herself. At this point, sitting in a mountain of evidence and not forwarding it to us and his attorney looks poorly on Linn County for wanting justice like I've been told.
   Whatever you intend to do within your facility is none of our business. But I do hope that corrective measures are implemented and not just tossed under the rug. Law enforcement of any capacity takes an oath to protect and serve the population, inside and out of jail. You did not take an oath to your co-workers!!
   We are demanding justice now even if you do not.

Thank you
[Quoted text hidden]
--
Psquared Renovations

---

**Wilson, Pete** <Pete.Wilson@linncountyiowa.gov>                     Wed, Jul 13, 2022 at 8:54 AM
To: Laurie Palmer <pp2renovations@gmail.com>

We are consulting with the County Attorney's Office as to the status of all 3 of the individuals involved in this incident. I am hoping to hear something from them today and will let you know the status of your request.

[Quoted text hidden]

---

**Laurie Palmer** <pp2renovations@gmail.com>                         Mon, Aug 8, 2022 at 12:23 PM
To: Trish Mehaffey <trish.mehaffey@thegazette.com>

This is my communication with Pete Wilson of Linn County. He also states there are 3 individuals responsible
[Quoted text hidden]
--
Psquared Renovations

---

**Trish Mehaffey** <Trish.Mehaffey@thegazette.com>                    Mon, Aug 8, 2022 at 12:33 PM
To: Laurie Palmer <pp2renovations@gmail.com>

Thanks for the emails. I plan to get in touch with the Marshals and Linn Co sheriff today.


**Trish Mehaffey**

Courts Reporter/Employee-owner of The Gazette

 Gmail

**Laurie Palmer <pp2renovations@gmail.com>**

## Update
3 messages

**Laurie Palmer** <pp2renovations@gmail.com>                  Wed, Sep 7, 2022 at 4:05 PM
To: ███████████████████████  "Wilson, Pete" <pete.wilson@linncountyiowa.gov>

Good day sir, I just have two quick questions after I have received all of Ethan Palmers medical records. Can you please tell me where Ethan was after Mercy discharged him at 8:40pm until he was taken to Iowa City where he arrived at approximately 1:30 am? And can you tell me if you were fully staffed that night?

Thank you
Laurie Palmer
--
Psquared Renovations

---

**Wilson, Pete** <Pete.Wilson@linncountyiowa.gov>                  Thu, Sep 8, 2022 at 12:30 PM
To: Laurie Palmer <pp2renovations@gmail.com>

When he was discharged from Mercy he was taken to the University of Iowa Hospital. The Nurse Coordinator said there were notes that they had to wait at Mercy until there was an Area Ambulance available for transport. We were fully staffed that night.



**Pete Wilson**
*Major – Jail Administrator*
**LINN COUNTY CORRECTIONAL CENTER**

*A Credible Leadership Organization*
53 3rd Avenue Bridge  |  Cedar Rapids, IA 52401
Ph: 319-892-6300  |  Fax: 319-892-6398
LinnCountyIowa.org  |  🐦 @LinnIASheriff

[Quoted text hidden]

---

**Laurie Palmer** <pp2renovations@gmail.com>                  Thu, Sep 8, 2022 at 12:31 PM
To: "Wilson, Pete" <Pete.Wilson@linncountyiowa.gov>

Thank you sir
[Quoted text hidden]
--
Psquared Renovations

 **Gmail**

**Laurie Palmer <pp2renovations@gmail.com>**

---

## Ethan Palmer
7 messages

**Laurie Palmer** <pp2renovations@gmail.com>                    Fri, Sep 9, 2022 at 9:50 AM
To: sheriff@linncountyiowa.gov

Mr. Gardner, my name is Laurie Palmer. I am the wife of Ethan Palmer. I'm sure you are aware of the assault that
happened on May 27, 2022 in Linn County. My husband was a material witness as an informant. He has no charges prior
or since in your community. He wasn't going to testify when the Marshals detained him and then the assault happened.
I am going to attach the emails I have sent to your mayor. I am hoping that I can help make changes so this doesn't
happen again. I was advised to reach out to you.

Thank you,
Laurie Palmer
319-284-2277

I am aware of the messages between you and Mayor O'Donnell's office. As I'm sure that you were advised, the Cedar Rapids Mayor has no jurisdiction over the Linn County Correctional Center, as statutorily, that is my responsibility. I am also aware that you have been in contact with Jail Administrator Major Pete Wilson on multiple occasions. To my knowledge, it appears that he has answered your questions honestly and to the best of his ability. As to your latest question, as to why your husband remained in a local hospital for several hours prior to being transported to the UIHC, as Major Wilson has advised you, it's our understanding that no ambulance was immediately available to make that transport run. This is something that you will need to address with the hospital and/or ambulance company.

I know that you have referred to the Gazette article in your message to Mayor O'Donnell. As you are now aware, and as I advised the Gazette reporter and as she reported in her article, the jail was never advised of any no contacts between your husband and his assailant, the jail staff did not witness the assault, the jail staff responded to your husband's request for assistance within 3 minutes after he activated the call button, and criminal charges were filed against your husband's assailant.

While I am sorry that husband was assaulted while in custody, I'm not sure what else could have been done based on the information that was available to us at the time.



**Brian D. Gardner**
*Sheriff*
**LINN COUNTY SHERIFF'S OFFICE**

*A Credible Leadership Organization*
310 2nd Ave. SW | Cedar Rapids, IA 52404
Ph: 319-892-6100 | Fax: 319-892-6276
LinnCountyIowa.gov | 🐦 @LinnIASheriff

[Quoted text hidden]

---

**Laurie Palmer** <pp2renovations@gmail.com>                        Fri, Sep 9, 2022 at 10:26 AM
To: "Gardner, Brian" <Brian.Gardner@linncountyiowa.gov>

Thank you Mr. Gardner. So with the information you were given, what is the policy there for moving federal material witnesses in with general inmates? Because if it had been me in there, and I didn't have charges in your county, and was placed in with inmates and assaulted, this conversation would be very different, correct? Perhaps it's a policy issue.
[Quoted text hidden]
--
Psquared Renovations

---

**Gardner, Brian** <Brian.Gardner@linncountyiowa.gov>                Fri, Sep 9, 2022 at 10:33 AM
To: Laurie Palmer <pp2renovations@gmail.com>
Cc: "Wilson, Pete" <Pete.Wilson@linncountyiowa.gov>

It's all based on what (if any) information that we are provided by the US Marshal's Service when they bring their detainees to us. Typically, all we get is just a detainer, which literally just says, hold this person for us. We are often not even made aware of their charges or the reason for the detainer. They can also make us aware of any potential no contacts...something that was not done in your husband's case.

[Quoted text hidden]

---

**Laurie Palmer** <pp2renovations@gmail.com>                        Fri, Sep 9, 2022 at 10:41 AM
To: "Gardner, Brian" <Brian.Gardner@linncountyiowa.gov>

Sir, I'm not at all blaming you, I appreciate you being so forthcoming with me. Perhaps I should have come to you first. I know where the mail is dropped. I'll call. Let me know. Perhaps I needed a crimi 09/20/22 gPage 32 of telling me

there was no protective order for anyone surrounding my husbands presence in the facility?
Because if that's the case, you wouldn't of known who he was testifying against. You wouldn't have known if he was being charged or not. And you certainly wouldn't have known to NOT move him in with Mr. Buehler's previous cell mates. But the Marshals would have known all of this information.

Thank you
[Quoted text hidden]
--
Psquared Renovations

---

**Gardner, Brian** <Brian.Gardner@linncountyiowa.gov>                    Fri, Sep 9, 2022 at 11:01 AM
To: Laurie Palmer <pp2renovations@gmail.com>

Correct. But just to clarify, the Marshal's Office would only have been made aware of any potential no contacts if they were informed of that by the US Attorney's Office, as they are agency responsible for prosecuting the federal criminal cases.

[Quoted text hidden]

---

**Laurie Palmer** <pp2renovations@gmail.com>                    Fri, Sep 9, 2022 at 11:06 AM
To: "Gardner, Brian" <Brian.Gardner@linncountyiowa.gov>

I understand and I'm truest grateful for you taking the time to talk with me. This entire time, I've only meant for the Marshals to take responsibility not you. My husband was safe and left in their custody, not your agency. The only thing I do want to mention though is this; while you were not made of any no contact orders, I feel that he should have never been transferred out of where he was initially. Because in the short time he was in that pod, his cell ate told him they were waiting for a snitch from Oelwein. They knew he was coming and it was planned. Your guards even spoke of an inmate acting peculiar by the name of Peña.
[Quoted text hidden]
--
Psquared Renovations

Ethan Palmer
225 E. 6th St.
Waterloo, IA
            50703

Deposit funds at
www.inmatecanteen.com



US POSTAGE
ZIP 54022 $ 001.71⁰
02 4W
0000359603





U.S. POSTAGE PAID
PC PKG INTL
OELWEIN, IA
50662
SEP 20, 22
AMOUNT
**$3.39**
1006        52401        R2304Y122776        -08

9-20
CL

United States District Court
Northern District of Iowa
111 7th Ave SE, Box 12
Cedar Rapids, IA
              52401

XRAYED US MARSHALS SERVICE



USPS TRACKING® #

9500 1116 2122 2263 3341 68