# Inmate's Rights

# Rules and Regulations

## Linn County Correctional Center
## Cedar Rapids, Iowa

Revised May 2020

This handbook remains the property of the Linn County Correctional Center. It is provided to you for your information while you are an inmate. Please do not write on or otherwise deface this handbook. Its return shall be required upon your release.

**TABLE OF CONTENTS**

SECTION 1      DAILY INMATE SCHEDULE ................................................2
SECTION 2      HEAD COUNT AND INMATE MOVEMENT...........................................3
SECTION 3      SEARCHES...........................................4
SECTION 4      ASSIGNMENT OF QUARTERS AND CELL TRANSFERS.................5
SECTION 5      PERSONAL APPEARANCE AND CLEANLINESS............................6
SECTION 6      CARE OF LIVING QUARTERS........................................7
SECTION 7      INMATE PROPERTY AND FUNDS........................................9
SECTION 8      LAUNDRY........................................13
SECTION 9      MEALS........................................16
SECTION 10      COMMISSARY........................................17
SECTION 11      CONTRABAND........................................18
SECTION 12      CASHING OF CHECKS AND MONEY ORDERS...............................18
SECTION 13      VISITATION........................................19
SECTION 14      TELEVISION RULES........................................21
SECTION 15      TELEPHONE USAGE........................................21
SECTION 16      RECREATION........................................23
SECTION 17      LIBRARY........................................24
SECTION 18      PERSONAL BOOK INVENTORY........................................25
SECTION 19      MAIL........................................25
SECTION 20      ACCESS TO COURTS/LAW LIBRARY.................................27
SECTION 21      ATTORNEY VISITS........................................28
SECTION 22      HEALTH SERVICES........................................29
SECTION 23      MINISTERIAL VISITS........................................35
SECTION 24      WORK RELEASE – EDUCATION........................................37
SECTION 25      INMATE WORKERS........................................39
SECTION 26      INMATE REGULATIONS........................................42
SECTION 27      GOOD TIME........................................44
SECTION 28      COMPUTATION OF SENTENCE........................................45
SECTION 29      RELEASES – ALCOHOL INVOLVEMENT........................................45
SECTION 30      SUBSTANCE ABUSE PROGRAMS/COUNSELING...........................46
SECTION 31      EMERGENCY PREPAREDNESS PLAN........................................46
SECTION 32      TIME OUT/COOLING OFF........................................46
SECTION 33      INMATE GRIEVANCE........................................47
SECTION 34      DUE PROCESS – INMATE DISCIPLINE........................................48
SECTION 35      ADMINISTRATIVE SEGREGATION........................................51
SECTION 36      PRISON RAPE ELIMINATION ACT........................................53
SECTION 37      VIOLATIONS........................................57
SECTION 38      BMC & AD-SEG RESTRICTIONS CHART........................................60

## GUIDELINE

Charges pending against you, while incarcerated at the Linn County Correctional Center, are not a concern of the Center's staff.  We have no desire to discuss your pending court case - that is a matter between you, your lawyer, and the Court.

You are being incarcerated in the Linn County Correctional Center until the court authorizes your release.  Your stay will pass without consequence if you act accordingly.  **THE DECISION IS YOURS!**

When non-U.S. citizens are detained, they shall be advised of the right to have their consular officials notified or the nearest consular officials shall be notified of the detention, whichever is required by the Vienna Convention. Consular officials shall be given access to non-U.S. citizens in jail and shall be allowed to provide consular assistance. When a jail administrator becomes aware of the death of a non-U.S. citizen, consular officials shall be notified.

## WARNING

Be advised that anything you say or do, while incarcerated in the Linn County Correctional Center, can be used against you.  You have no right to privacy by law in this regard.

Further, you have no right to the expectation of privacy by law, or by implication unless specifically stated in this manual or by subsequent order.

This jail employs both male and female employees.  You are subject to being viewed by employees of either gender at any time.

## SOME BASIC DO'S AND DON'TS

DO - Read your handbook -- ALL OF IT!!
DO - Promptly obey all orders given to you by authorized personnel.
DO - Remember that the job of a deputy is to maintain order and the safety and security
    of all inmates.
DO - Stay in your area of assignment.
DO - Respect the property of others.
DO - Keep your hands off other people, and rude and nasty remarks to yourself.
DO - Keep your body, clothes, living and work areas clean.
DO - Live within your means.
DO - Mind your own business.
DO - Ask for help, or ask questions, if you need assistance.
DO - Sleep with your head uncovered, to enable officers to see you.
DO - Live by the rules in this handbook.

DO NOT - Balk, argue or refuse to obey.

DO NOT – Make excessive noise.

DO NOT - Invite discipline by creating disorder.

DO NOT - Interfere with others during their work or leisure.

DO NOT - Steal, destroy, or damage anything that belongs to another person.

DO NOT - Physically abuse, bully, curse, or tease other people.

DO NOT - Aid in creating unsanitary conditions.

DO NOT - Beg, borrow, trade, barter, or gamble with other inmates.

DO NOT - Be a helping party to an offense by covering up for someone else, or by helping them violate rules or laws.

DO NOT - Constantly make demands or requests and/or appear helpless.

DO NOT - Think the rules are not applicable to you.


**SECTION 1**          **DAILY INMATE SCHEDULE**

A.      The daily schedule for inmate routines is:

| | |
|---|---|
| 0530 | Inmates awakened, out of cell, stand count |
| 0531 | Breakfast |
| 0600 | Cell and cellblock cleaning |
| 0630 | **SUNDAY ONLY**--library books exchanged, one for one |
| 0655 | All inmates lockdown for mail pickup |
| 0700 | Inmates out of cell - stand count |
| 0700 | Laundry on appropriate days |
| 0700 | All cells lockout--inmates in dayroom area |
| 0800 | Medications passed |
| 1130 | Inmates locked down - stand count |
| 1130 | Lunch served |
| 1131 | Inmates stand count for lunch |
| 1200 | Inmates locked down for personal time - stand count |
| 1300 | Inmates stand count, lockout for afternoon |
| 1630 | Inmates locked down – stand count |
| 1630 | Dinner served |
| 1631 | Inmates stand count for dinner |
| 1700 | Inmates locked down for personal time - stand count |
| 1800 | Inmates stand count, lockout for evening |
| 2000 | Medications passed |
| 2100 | Telephones off |
| 2200 | Evening dayroom swept and wiped down (televisions off except trustees) |
| 2230 | Evening lockdown, stand count, lights out |

B.      <u>All times are approximate, and all functions are not reflected in the schedule.</u>

**SECTION 2          HEAD COUNT AND INMATE MOVEMENT**

A.     HEADCOUNT

1.     Head counts will be conducted and recorded on the Center Log at least eleven (11) times daily.

2.     Head counts will be done by Floor and Control Officers before each meal, after the two (2) periods of personal time, and at lock-down for the night or at any other time deemed necessary for security purposes.

3.     The Control Room Officer will count each cellblock before releasing the inmates to sit at the table to eat.

4.     All inmates in lockdown style cellblocks will present themselves outside their cells, standing in front of their door, while inmates in dormitory style cellblocks will stand along their assigned bunk. Failure to be in place, or moving about while the count is taken shall be cause for disciplinary action. No meals will be passed until all inmates have been locked down.

5.     For the Noon and Evening meal, count will be signaled by the television being turned off and the announcement "Lock Down".  After count, inmates will enter their cells on the unlocking of their doors.  Doors will not be <u>slammed</u> shut.

6.     NO PRISONERS OR VISITORS WILL BE ACCEPTED OR RELEASED UNTIL THE COUNT IS CORRECT.

7.     If the count is not correct, the inmates will be directed by the Control Room Officer to remain in the dayroom until a second count is made.  If the count is incorrect upon locking out after personal time, all inmates will lockdown in their cells and officers will make a cell-by-cell count.

   a.     Any inmate found hiding or failing to respond to the count will face disciplinary action.

8.     Once all inmates have been accounted for, all Center personnel will be notified.

B.     INMATE MOVEMENT (GUN LINES)

1.     **At no time will an inmate cross any gun line, including the stair gun line, without direct permission of an officer or authorized employee, except to enter the toilet area.**

2.    **No more than one inmate will be in the toilet area marked off by the gun line at any one time.**

3.    All meal trays will be cleaned and set on the inmate side of the gun line after every meal.  Trays will not be taken to the sliding door until the officer so directs.

4.    ALL gun line violations are considered major violations and disciplinary action will be taken.

5.    **Any time an inmate is moving throughout the Correctional Center, the inmate will have their arms crossed (fingers in their armpits) and keep them crossed until instructed to remove them.**

**SECTION 3          SEARCHES**

A.    Inmates, cells, and all areas of the Center are subject to search at any time, without prior warning. Any and all areas may be searched.  Searches and shakedowns are intended to enhance security and are not used to harass inmates.  Such searches and shakedowns will be conducted on an unscheduled, irregular basis.  Results may be submitted as evidence at an Inmate Disciplinary Hearing.

B.    All inmates shall submit to searches as required.  These searches may include pat or rubdown searches or complete strip searches.  Any invasive search will be conducted by a medical professional and be sought on the basis of probable cause.

C.    All inmates shall promptly present themselves at the cell slider or door when informed of a shakedown and shall not return to their cell or bunks.

1.    All inmates will be searched before being removed to a holding area while the shakedown is being conducted.

2.    All areas searched shall be returned as near as possible to their original condition and not be left in disarray.

3.    Inmates including pretrial detainees have no due process rights to observe jail officials' random shakedown searches of their cells. (Block V. Rutherford, 468 V.S. 571, 35 Cr.L. 3221, 1984.)

4.    Contraband items of excess (magazines, newspapers, linen, torn items of clothing etc.) will not be returned or receipted.

**SECTION 4          ASSIGNMENT OF QUARTERS AND CELL TRANSFERS**

A.     Inmates will be assigned to quarters in the Center based upon an evaluation of charges, age, sex, nature of confinement, special segregation needs, emotional maturity, and other pertinent factors.

B.     The inmate's preference will NOT be a factor in determining the location of his/her quarters. Bunk assignments are considered cell assignments.  Lower bunks are a priority for medical purposes.

C.     Inmates who have been charged or convicted in the commission of the same crime shall not be assigned together.

D.     Inmates who are related (e.g. father-son, brothers, etc.) shall not be assigned to the same cellblock.

E.     Transfer or reassignment of inmates shall be at the discretion of the Center and shall not require the consent of the inmate being moved.  Such moves may be made as a result of disciplinary action, to achieve better classification of inmates, or for any other reason which advances the needs of the Center and the management of its resources, however the Shift Supervisor shall approve all transfers prior to the relocation.

F.     Assignment of quarters is entirely the concern of the Center and shall involve input from inmates only to the extent that in situations where potential danger or other problems might be created, the staff will consider reassignment.  Inmates who resist transfer from one cell to another shall be subject to disciplinary action.  If an inmate objects to the move, he/she should accept the move and then follow the procedures outlined for inmate grievances.

G.     All reassignment of inmates and their transfer to other cells or accommodations will require the approval of the Shift Supervisor on duty.

H.     Segregation of inmates

     1.     Segregation of all male and female inmates shall occur upon admission to the Center.  Individuals under 18 years of age awaiting trial shall not be confined in the Linn County Correctional Center, unless after having been adjudicated or waived to adult court under court order.

     2.     Alcoholics and drug addicts shall be segregated if they exhibit disruptive behavior.  Mentally and emotionally disturbed inmates shall be segregated.  Such inmates' activities and behavior shall be monitored by personal visits from Center personnel.

3.      Inmates who have exhibited violent behavior shall be segregated if their behavior poses a threat to the safety of other inmates.

4.      Pretrial detainees shall be segregated from inmates who are not pretrial detainees, whenever possible.

## SECTION 5          PERSONAL APPEARANCE AND CLEANLINESS

A.      For sanitation and health reasons, inmates shall be required to keep themselves clean at all times.

B.      Showers shall be taken daily.  Hair should be shampooed at least 3 times a week.

C.      Inmates may be required to shave or cut their hair only for sanitation reasons, such as impetigo or body lice infestations, which cannot be easily managed with medicated soaps or ointments.

D.      The sharing of instruments, which are subject to blood contamination, such as razors and toothbrushes, are prohibited.

E.      Male and Female inmates shall be fully dressed between 0700 and lockdown since male or female personnel may enter the housing areas with little notice.

F.      New identification photographs shall be taken of inmates who change their appearance during incarceration.

G.      Routine haircuts are provided by an outside barber at minimal cost and paid for by the inmates through their personal commissary funds in order to maintain appropriate hair lengths. The barber visits the facility on an as needed basis.

H.      Inmate uniforms will be worn at all times excluding 2230-0530, and then when out of bed, or outside of the toilet area or shower.

I.      Razors will be provided to each inmate in the morning at approximately 0530, unless security concerns preclude it. The razors are then locked up at approximately 0630. Those inmates with early court appearance will be allowed to shave before being transported. Inmates are responsible for their own razor and will return it in one piece. Those inmates that damage their razor will be subject to disciplinary action including commissary restriction.

J.      Identification wrist bands shall be worn with picture visible at all times.  Failure to wear wrist band will result in disciplinary action including commissary restriction.

**SECTION 6          CARE OF LIVING QUARTERS**

A.    All inmates in a cellblock are responsible for the cleaning of the showers, toilets, day room area, including steps and tiers.  Inmates shall sweep and mop all floor areas after breakfast has been completed.  Those cellblocks receiving cleaning equipment for a complete cleaning shall **NOT** be allowed access to televisions or phones until the cellblock has been properly cleaned and checked.  Showers and toilets shall be cleaned daily.  Cleaning of the dayroom area shall be done at 2200 hours.

   1.    Shift supervisors may make random inspections after cleaning chores are completed and if not done to satisfaction may (a) have the cleaning repeated (b) take all privileges for up to 24 hours for the occupants of that cellblock, to include dayroom access. (Other shift supervisors shall honor the privilege restrictions placed.)  (c) file a written report of said actions with the Jail Administrator and a copy for the sergeant's pass on.

B.    Cells must be kept clean and neat at all times.  Inmates are responsible for the cleanliness of their individual cell and the general cleanliness and neatness for all other areas.

C.    All assigned inmates' cells will be cleaned by 0700 hours.  Cleaning materials will be made available at 0600 hours so that floors are swept and mopped, toilets and sinks are cleaned, and tables wiped off.  Center officers will supervise the area and, when completed, all cleaning materials must be returned and removed.  Wastewater should be poured down the floor drains to help control pests, which gain access through the drainpipes.

   1.    Paper and envelopes are available upon request during morning cleaning.  Toilet tissue and replacement bar soap is available upon request during both the morning and evening cleaning periods.

D.    Bedding will be restricted other than from 2230 to 0530. Inmates in dorm style cellblocks will make their beds and shall **NOT** cover up with blankets or sheets during lock out times.

E.    **No obstruction of light fixtures or windows will be allowed.  Covering of vents may result in disciplinary action.**

F.    Drawing or writing on the walls, doors, tables, or other fixtures is prohibited.  Any hand-drawn art, either freehand or traced and the use of pencils, pens, scratching with metal, or plastic objects or any other utensil in defacing Center property are prohibited.

G.   **No items shall be affixed to any Correctional Center property, including the walls or any portion of the bunks. No draping of bunks or shower areas is allowed.**

H.   Cooking or heating of food is prohibited in the cells and dayrooms.

I.   No food or utensils may be stored in the inmate cells except for commissary items.

J.   Clothing hooks, storage container, property drawers and shelf areas are to be used for storage. Inmates may not accumulate more personal property than can be stored in these designated areas.

K.   **Inmates shall not hang anything that would restrict views into bunks, bathrooms, showers, nor will they affix pictures, towels, uniforms, etc. to the bars covering the windows, the bottom of the bunk, or shower walls.**

L.   An excessive number of books and magazines will not be allowed in the cells. No inmate may have more than ten (10) books, magazines, and/or personal newspapers in their cell at one time, including one LCCC book.

M.   Cells will be inspected when an inmate is discharged or moved. Any damage will be noted and appropriate charges, if applicable, will be filed.

N.   Food trays will be emptied in the proper trash containers, not in the toilet stools. All meal trays will be cleaned, stacked, and set on the inmate side of the gun line after meals. Trays will not be taken to the sliding door until the officer so orders.

O.   All unnecessary papers and trash will be placed in the trash container each morning for removal. No more than one day's newspaper will be kept in the cellblock. When a newspaper is delivered, the previous day's newspaper will be exchanged.

P.   Table tops will be completely cleared before meals are served. At no time are tabletops to be sat or stood upon.

Q.   All personal property will be taken into the inmates' cells at lockdown. Property left out after lockdown will be subject to confiscation and disposal.

R.   The following procedure will be followed for cleaning in the cellblocks and dayrooms of the Correctional Center at 2200 hours:

1.   For all cellblocks:

a.   All items will be picked up off the floor and stacked in an orderly manner on the stools at the tables.

b. All table tops, horizontal surfaces, and phone handsets will be wiped down and cleaned.

c. All floor space in the dayroom will be swept with a dry mop and then will be washed down with the wet mop.

d. The toilet and sink in the dayroom will be thoroughly cleaned and dried. Toilet bowl cleaner and mop will be provided where appropriate.

e. The shower area will be scrubbed down and wet mopped.

f. All Center library books will be stacked on the shelf provided EXCEPT for a single volume for each inmate, which MAY be taken into their individual cells at lockdown. Center newspapers will be stacked on the table for pickup.

g. Windows in the sliders and salleyport will be cleaned of all handprints at least once a week at the direction of the floor officer, and more often, if needed.

h. Cellblocks will alternate sweeping and wet mopping the salleyport area between the outer door and the sliders.

2. In **MAXIMUM** Security - A and B blocks:

a. Four buckets will be provided. Inmates from Upper A and Upper B will come down and pick up the buckets and cleaning materials and take them upstairs. The sliders will be closed during cleaning.

b. When Upper A and Upper B are done cleaning, they will be required to sweep down the landing and stairwell for the upper sides and then wet mop. Inmates should not be intermingled. They should then take their buckets to the salleyport. Lower A and B will repeat the process outlined in #1). a - f with their sliders closed.

c. Every night Upper or Lower A and B will send one (1) person down or out to clean their side's shower. The shower will be scrubbed down, swept out, and wet mopped. They will also send one (1) additional person down to clean the dayroom area outside of the barrier. No more than two (2) inmates will be out cleaning at one time.

**SECTION 7** **INMATE PROPERTY AND FUNDS**

A. The following items are those that shall be permitted to be brought in to the Linn

County Correctional Center for an inmate in custody:

1.     One set of dress clothing on the day of a jury trial.

     a.     This may include a coat or sports jacket.

     b.     Must be brought in by the Attorney of Record.

2.     Money, up to a maximum on deposit total of $100.00.

3.     Dentures or glasses, if applicable.

4.     Prescription medication in properly labeled containers.

B.     Inmates may enter the Linn County Correctional Center with:

1.     Three (3) changes of solid white underclothing, stockings, and/or socks.

2.     Money (cash, money orders, cashier's checks, government checks, tax refunds, checks from other institutions).

3.     Prescription medication in properly labeled containers.

C.     All other items for the need or welfare of an inmate must be purchased from the Linn County Correctional Center commissary.  Items for purchase include, but are not limited to:  candy and snacks, personal hygiene products, stamped envelopes, writing materials and underwear.  If indigent, personal hygiene products will be provided at no cost in set intervals upon request.

D.     All other items that an inmate may have in his/her possession are those issued to him by jail personnel.

1.     Overnight detainees will be dressed out in Center clothing after inspection by jail personnel.

E.     Any item which is not in its natural condition or which has been altered by means of bending, flattening, twisting, or fabricating together can be construed as contraband and subject to seizure and disciplinary action.

F.     Personal property may be picked up by an inmate's designee with the following exceptions:

1.     Checks, cash, bankcards, forms of identification, EBT cards, or any other financial instrument.  Financial instruments are only released to the persons listed on the account or show proof they are financial power of attorney.

2.  The inmate's permission must be given for all items released prior to the transfer of property.

3.  The person receiving the property must sign for property received.

4.  No more than three (3) transfers of property may occur during an individual's stay.

5.  Deviations from (1) or (4) must be approved by the Jail Administrator or Asst. Jail Administrator.

G.  Inmates are restricted in the type and amount of property they are allowed in their cells. Items not specifically authorized for use or consumption by inmates here or elsewhere in the rules, are considered contraband.

H.  Inmates may have the following items in their cells:

1.  Combs and hairbrushes (purchased from commissary).

2.  Prescription glasses and contact lenses.

3.  Artificial limbs, trusses, arch supports, hearing aids, and similar prosthetic devices when approved by the Center's medical staff to include eye and eardrops, nitroglycerin, and inhalers.

4.  Pens purchased through commissary.

5.  Letters received while an inmate. No letters in the possession of the inmate at the time of booking will be allowed unless inspected and approved by the Shift Supervisor or Administrator.

6.  LEGAL PAPERS:

    a.  Legal papers arriving at the Center with an inmate being transferred from another institution, or which are otherwise a part of an incoming inmate's property may be kept by the inmate, after search by staff and reviewed by the Shift Supervisor as to quantity and feasibility of storage in the individual cell. Materials must be able to be held on the shelf, in the drawer under the bunk, or in the cell organizer tub, if housed in a dorm style cellblock.

7.  PERSONAL PHOTOGRAPHS:

    a.  No Polaroid photographs are allowed.

    b.  Photos should be small and no more than six (6) will be allowed in a

cell at one time. Photos shall not include sexually explicit material. The Administrator will make the determination on questionable materials.

    c.    **No photos will be affixed to the walls, windows, or bunk by any means. Photos found stuck to the walls, windows, bunks, or any LCCC property will be seized as contraband and placed in the inmate's personal property on first floor, only to be returned to the inmate upon release.**

8.    READING MATERIAL:

    a.    **One-day's newspaper**.

    b.    Books and magazines distributed by the Center.

    c.    Reading material mailed direct from a publisher or bookstore as set out in Section 18 (no used books).

9.    Toothbrush and toothpaste.

10.    Women's sanitary supplies (female inmates only).

11.    Center issued items:

    a.    No inmate may accumulate items in excess of the initial issued limits.

    b.    One complete issue of Center clothing is permitted. Possession of excess clothing, bedding or towels will result in disciplinary action.

    c.    Inmates being released from the Center shall be required to present all Center issue items before being released.

12.    Any other items specifically approved by the Center.

I.    No inmate is permitted to exchange, sell, give away or offer any article to another inmate or Center staff member while confined in this institution, nor will there be any borrowing or lending or articles between inmates or between inmates and staff.

J.    Passing of articles from one cellblock to another by any inmate is prohibited. Any inmate worker found passing anything will lose his/her worker status and will be disciplined.

K.    Mattresses shall be taken into the dayroom for the purpose of cleaning them only; otherwise, mattresses shall remain on the bunks in the cells. No blankets or sheets are allowed in the day room. **<u>No more than one (1) change of t-shirt, underwear</u>**

**and/or socks will be allowed in the dayroom area.**

L.     Inmates in Behavior Modification Cells (BMC) are permitted the following items in their cells:

     1.     Inmates are permitted to have issued and commissary personal hygiene items already in possession to include soap, toilet paper, toothbrush, toothpaste, comb, and deodorant to maintain cleanliness. One religious/inspirational tract or book and one law library book is allowed at one time. Stationery to include pens, paper and envelopes are provided. Legal materials in reasonable amount will be allowed. All excess personal hygiene items and other property will be left outside of the cell during BMC confinement.

M.     Inmates in administrative segregation may have no more than one book from the library in their cell at one time. They may have up to five (5) books, magazines, or newspapers, which they have received from the publisher through the mail. They may have personal hygiene items as stated above. Excess personal hygiene items and papers will be stored in their property locker. **Food items purchased from commissary cannot exceed the limit of 1 small sack in the cell at any one time.** Inmates in administrative segregation are required to shower daily and to change uniforms at that time.

N.     Showers will be offered generally between 0630 and 0800 every morning, to both disciplinary and administrative segregation inmates.


**SECTION 8          LAUNDRY**

A.     Inmates held longer than overnight will be issued the following:

| | |
|---|---|
| 1 blanket | 1 roll of toilet paper |
| 2 sheets | 1 bar of soap |
| 1 towel | 1 plastic drinking glass |
| 1 Center uniform with footwear | 1 basic hygiene kit |
| 1 ink pen | 1 PREA information sheet |
| 1 Inmate Rules and Regs book | |

     1.     Replacement toilet paper or soap upon request during the morning and evening cleaning periods.

     2.     Stockpiling more than one (1) full roll and one (1) partial roll of toilet paper is grounds for discipline as contraband.

B.     Sheets and towels are exchanged and laundered once each week. Uniforms are exchanged and laundered twice each week.

C.      Blankets are exchanged on the first laundry day of the month and laundered prior to reissue.

D.      Personal laundry items (e.g. underwear, socks, t-shirts) that need to be washed will be collected on the assigned cellblock's laundry days and returned the same day, by the floor officer.  Personal laundry must be marked with the inmate's name and shall be placed in the approved laundry container along with a complete list of items within.  This will be given to the floor officer when he/she does the laundry count and pick-up.

E.      Blankets issued for overnight prisoners will be laundered after each use.

F.      Overnight prisoner's soiled clothing will be washed.

G.      Inmates will not be allowed to possess laundry items stenciled with another inmate's name.  Any inmate found in possession of laundry with another's name on it is subject to disciplinary action and the items will be confiscated.

H.      Damaged or vandalized Center laundry will be removed by Staff or the laundry workers.  Any items marked with slogans, drawings, caricatures, symbols, signs, or any other non-standard markings will be confiscated.  An inmate in possession of issued laundry or personal laundry containing graffiti of any type will be subject to disciplinary action.

I.      **All uniforms will be worn with pant legs unrolled**, with the top hanging out over the pants.  Sleeves on tops will not be rolled up.  Pockets will not be torn on the shirt tops.  Tops will not be worn inside out.

J.      Personal t-shirts will not have either sleeve worn rolled up, or in combination of one sleeve up, one sleeve down, or sleeves removed. **No items are allowed to be worn on your head.**

K.      No laundry item issued to inmates will be used for any purpose other than its intended use.

L.      Blankets shall not be used on the floor for any reason.

M.      No laundry item shall be used to block a window, vent, bathroom, bunk, or shower.

N.      No hammocks will be made from any laundry item.  (Sheets shall not be corner tied to fit the mattress.)

O.      Misuse of laundry items may result in disciplinary action and/or confiscation of the item.

P.      Refusal of an inmate to exchange laundry will result in disciplinary action.

Q.     The following is the Weekly Laundry Schedule:

**Sunday Evening Shift (1600-2400)**
2-A Block and 2-B Block Uniforms
2-C Block and 2-D Block Uniforms and Linen

**Monday Overnight Shift (0000-0800)**
Max and 5th Floor ISO Uniforms and Linen
3rd Floor G Block Linens and Uniforms
1st Floor ISO and 1st Floor Q-Block Uniforms and Linen

**Monday Evening Shift (1600-2400)**
3rd Floor Females Uniforms only
2-F Block Linens only
2-E Block Uniforms only, 2-G Block Uniforms and Linen

**Tuesday Overnight Shift (0000-0800)**
4-C Block and 4-D Block Uniforms and Linen
4-V Block Uniforms and Linen
3rd Floor Z & T Block Uniforms and Linen

**Wednesday Overnight Shift (0000-0800)**
4-E Block and 4-F Block Linens and Uniforms
4-E Dorm Uniforms and Linen
3rd Floor I, J, K, L Block Uniforms and Linen

**Wednesday Evening Shift (1600-2400)**
2-A Block and 2-B Block Uniforms and Linen
2-C Block and 2-D Block Uniforms only

**Thursday Overnight Shift (0000-0800)**
Max and 5th floor ISO uniforms only
3-G Block Uniforms Only
1st Floor  & 1-Q Block Uniforms only

**Thursday Evening Shift (1600-2400)**
3rd Floor Females Uniforms and Linen
2-E Block Uniforms and Linen, 2-G Block Uniforms Only

**Friday Overnight Shift (0000-0800)**
4-C Block and 4-D Block Uniforms only
4-V Block Uniforms only
3rd floor Z & T Block Uniforms only

**Saturday Overnight Shift (0000-0800)**
4-E Block and 4-F Block Uniforms
4-E Dorm Uniforms
3rd Floor I, J, K, L Block Uniforms Only

**SECTION 9          MEALS**

A.    Meals are served under staff supervision.

B.    Serving times for meals are approximate:

> Breakfast        0530
> Lunch            1130
> Dinner           1630

C.    Inmates shall receive at least one hot meal per day (IAC 50.16(2).

D.    Restriction of food as a punishment is prohibited.

E.    Special diets prescribed by a physician or nurse will be strictly adhered to by the inmate.  Failure to follow a medically prescribed diet will be documented and reported to the nurse for reevaluation by the physician.

F.    Anyone claiming a religious dietary restriction will be referred to the Shift Supervisor for verification of booking info and determination of the dietary restrictions of the professed faith, or to one of the Jail Commanders and/or Jail Administrator.  An inmate stating a religious preference during the booking process shall be considered that religion for the duration of his/her stay.

G.    General Serving Procedures:

1.    Just prior to serving, inmates housed in lockdown style cellblocks will be locked in their individual cells after standing for count.  Floor officers will then enter the dayroom area and place the proper number of trays on the table. Inmates in dorm style cellblocks will first stand count. Meal trays will be placed on the tables by Center officers.

2.    Each tray is to be inspected for each menu item and eating utensil.  Special diet trays will have a slip on them with the name of the inmate on it.

3.    After eating, inmates will clean their tray into the trash containers, (not the toilets) and stack them at the gun line.

4.    Milk or juice cartons will be thrown in the trash and any found after meal times will be considered contraband.

H.    Anyone held over a meal period will be provided a meal of adequate nutrition.  Each inmate shall receive only one tray per meal--**NO EXCEPTIONS.**  Refused trays will be returned to the kitchen.

**SECTION 10          COMMISSARY**

A.     Commissary is available to inmates on Monday, Wednesday, and Friday of each week.

B.     During the evening meal or shortly thereafter, before each commissary day, the floor officers will distribute to the cellblocks the individual inmate's commissary order blanks.  Each inmate will fill out his/her own order form, and sign the order form, or the order will not be filled.  Completed commissary request slips will be picked up after lockdown at 2230 hours by floor officers and returned to the Records Room.

   1.     Inmates found filling out other inmate's orders will face disciplinary action.

   2.     Orders excessive in quantity will be rejected by the staff filling the commissary order.

   3.     Altered commissary forms will not be accepted.

C.     Commissary will be denied to any inmate who attempts to purchase more commissary than he/she has funds to cover.  Failure to sign your commissary slip will also result in being denied commissary.

D.     Commissary order forms show the current balance before purchase in the inmate account.  The commissary officer after filling the order will add up purchases, enter that amount, and show a new balance.

E.     Orders are distributed by the floor officers between the hours of 8 AM and 10 PM.

F.     Inmates will sign for all commissary they receive.  If they refuse, after signing the original order form, the commissary amount will remain deducted and the property placed in the inmate's personal property on first floor, unless there is a mistake on the part of staff.

G.     Any disputes concerning commissary will be directed immediately to the deputy who delivers commissary, who will then notify commissary personnel, or if they are not available, the Shift Sergeant.

H.     If inmates are in BMC status during commissary, they may order and receive only hygiene items.

I.     Accumulation of commissary bags in cells is prohibited.  More than one bag will be considered contraband.  Possession of more than one bag may result in loss of commissary privileges.

**SECTION 11        CONTRABAND**

A.    Contraband is any item not issued, or in excess of issue, or is altered for uses other than originally intended, or is marked with another's name.

B.    It shall not be a defense against disciplinary action to disclaim knowledge of what constitutes contraband; nor shall it be a defense to claim the contraband was left by the former occupant of the cell.

      1.    Any inmate disclaiming knowledge of contraband found in his/her cell will bear the burden of proof.

      2.    Any inmate who finds contraband in the day room will be required to notify the Center staff.

**SECTION 12        CASHING OF CHECKS AND MONEY ORDERS**

A.    Cash, checks from other institutions, money orders, cashier checks, and government checks of any type (e.g. social security, tax refund, etc.) will be deposited in the inmate's account if they are received simultaneously with the inmate and will be treated as "Beginning money on account".  Some inmates may come from other institutions that issue checks out of the institutions inmate account after the inmate is transferred.  In those cases where the check is sent after the inmate's transfer, even if the check is in excess of $100.00 it will be deposited on account, if requested.

B.    All other cash, checks, money orders, and government warrants received after the initial deposit and which would raise the inmate's account balance above the $100.00 limit, will be receipted, taken by the officer distributing mail to be signed by the inmate, and then returned with the yellow copy of receipt and check to Records to be placed in the inmate's account.

      1.    Only money orders, government checks and warrants, cashier checks, and other institutional checks will be cashed, inmates are required to sign checks. They will not be placed in your property.

      2.    No other type of check will be cashed; including personal, two party, or payroll checks.

      3.    Any checks, etc. which do not meet the requirements for being cashed will be placed in the inmate's property and remain there until they are released.

      4.    If an authorized person comes to the Records Room with a check, staff will take the check to the inmate for endorsement or signature.  The Center will not take responsibility for verifying the identity of the bearer of the check, etc. Inmates who endorse without seeing the bearer of the item take full

responsibility for loss, theft, or misappropriation.

5.   Whoever brings a check for signature or endorsement will wait for the check to be signed. No checks will be held and picked up later.  If it is left, it will be placed in the inmate's property and will be released only with the inmate.

C.   Inmates are advised to tell all friends, family members, and acquaintances to NOT SEND CASH through the mail.

**SECTION 13          VISITATION**

A.   Each inmate is allowed two (2), one-half (1/2) hour visits per week.  Visitor space is limited, so inmates are limited to a combination of visitors in the following manner: 2 adults and one child; or 1 adult and 2 children.  Extra visits will not be granted regardless of visitor distance of travel.

B.   Visitors must have proper identification.  Proper identification includes an official picture identification card with the person's name and date of birth on it.  Visitors are required to register at the time of visit.

C.   Visits are not limited to any specific list of visitors.

D.   Persons under the age of 18 shall not be allowed to visit inmates unless they are accompanied by a parent, legal guardian, physical custodian or adult immediate family member (immediate family member is defined as husband, wife, uncle, aunt, grandparents, sister or brothers).  Accompaniment means they must go to the visitation area with the underage person and remain there until the visit is over.  Visitors ages 15 to 17 may visit their parents without being accompanied by an immediate family member as defined above.

E.   Children (anyone under age 14) in the lobby must be in the company of an adult at all times.  If children are unruly so as to cause disruption or a security problem, an oral warning shall be issued to the accompanying adult and a written warning to the inmate being visited.  Repeated disruptions will lead to termination of visiting and/or denied future visits.

F.   Food, beverages and packages larger than briefcases or diaper bags will not be allowed and must by returned to car or elsewhere.

G.   Any person may visit any inmate unless such visit poses a security or safety risk.  If during a visit, a violation of any Federal or State law or any City or County ordinance or Correctional Center rule or regulation occurs, the visit will be terminated and the inmate who has been denied visitation with a visitor on those grounds shall be notified of the denial and the reasons why the visit poses a security or safety threat, or what violation of law or regulation occurred.

H.  The general rules for visitation in this section do not affect visits by attorneys or members of the clergy.

I.  Inmates will go to visitation in complete uniform.

J.  No direct contact visits will be allowed.

K.  Inmates housed in the Center are not permitted to visit other inmates on other floors or in other housing units.

L.  Visits may be denied for the following reasons:

1.  Visitor under 18 years old without adult supervision. (Exceptions listed for inmate's children.)

2.  Visitor is a security or safety risk: intoxicated or has been charged with or convicted of furnishing drugs or contraband to inmates.

3.  Disruptive or disorderly behavior or persons with serious mental illness.

4.  Visitors communicating with inmates other than those they are registered to visit.

5.  Inmate declines visit.

6.  Inappropriate clothing or indecent exposure including "flashing" of genitalia.

7.  Food, beverages and/or smoking will not be allowed.

8.  Cell phones and electronic devices are not allowed in the visitation area. Those caught with cell phones or electronic devices will be subject to a visitation suspension.

<u>DAILY VISITATION SCHEDULE</u>

0900-1100
1300- 1500
1800 - 2100

M.  Inmates in special status; BMC, Administrative Segregation, suicide watch, etc., will visit from 0800 to 0900, seven days a week.

N.  Inmates out of their cellblocks for other activities (such as but not limited to: Church, Bible Study, Recreation, Conference Rooms etc.) will not be offered a visit until such activity has concluded.

O.      Restrictions:  Inmates sentenced to three (3) days and under will not be allowed visitation privileges.


**SECTION 14          TELEVISION RULES**

A.      Television sets are provided in each non-arraignment cellblock.  The sets may be turned on any time inmates are in the Day Room, from 0730 to 2200 hours.

B.      Temporary loss of television privileges will result due to:

1.      Untidy or dirty day rooms and/or cells or living areas.

2.      Unruly behavior (i.e. loud yelling, failure to follow orders in a timely manner, and rowdy behavior).

3.      Failure to provide necessary information regarding damage to Center property.

4.      Failure to clean when ordered.

C.      **Televisions shall be kept at a moderate to low level of volume at all times.**

D.      Televisions shall be turned off at 2200.  Only inmate workers in the laundry may be permitted to maintain a television at low level from 2200 to 2400.

E.      TV will be off during the hours:
            2200 - 0730
            1130 - 1300
            1630 – 1800

and all times cleaning is being done, or medication is being administered.


**SECTION 15          TELEPHONE USAGE**

A.      There are 2 or more telephones in the dayroom of each cellblock.

B.      Phones are controlled by the Control Room Operator on the following schedule: (These times are approximate.)

                0830-1130 -- Collect
                1130-1300 -- Phones are Off
                1300-1630 -- Collect

1630-1800 -- Phones are Off
1800-2100 -- Collect
After 2100 -- Phones are Off

C.     Each inmate shall dial his or her own phone number.

D.     All calls will have a pre-programmed message stating that the call is being generated at a correctional facility and will require the person receiving the call to accept it to complete the call.

E.     The Center **WILL NOT** pass messages to inmates with the following exceptions:

     1.     Inmates will be given the message to call their attorney.

     2.     Hospitalization or death of a family member.

F.     Abuse of telephone privileges include, but are not limited to:

     1.     Use of conference call or call waiting modes to assist in conversing with inmates in other cells or any other third party, by and through the assistance of outside third parties.

     2.     Use of credit number to charge phones calls.

     3.     Harassment of civilians where a complaint is filed.

     4.     Excessive use of the telephone, which interferes with cellmate use.  Excessive use is defined as:

          a.  More than 15 minutes.

          b.  This would be at one time and redialing would be an indication of excessive use.

     5.     Calls made to parties in "No Contact Orders".

     6.     Not stating your full name at the automated prompt.

G.     Inmates are not permitted to call the Correctional Center, Police Department, Sheriff's Office, rescue, medical and/or hospital personnel telephone numbers except in case of extreme emergency, which affects the personal safety of inmates.

H.     All telephone calls are recorded and may be monitored by center personnel except local attorney-client conversations.  For confidential calls between attorney-client outside Cedar Rapids, your attorney must contact LCCC for further information.

I.      Abuse of telephone privileges will result in disciplinary action, and/or filing of criminal charges, and/or the denial of the use of the privilege.


**SECTION 16          RECREATION**

A.      Inmates not on restriction will be offered the opportunity to attend one hour of recreation, five times per week.  Lock out style cellblocks on 4th/5th floor have exercise equipment in the day area so they have access when locked out of their cells.

B.      Movement to and from the recreation area is included in the one hour time period, identification wrist bands are required.

C.      While in recreation, inmates will not be taken out for any other purpose:  visit, library time, or ministerial visits.  EXCEPTION:  Attorney visits, psych nurse or doctor visit, medical or sick call.

D.      Inmates outside of their cellblock at the time recreation is offered will forfeit their right to recreation for that day.

E.      Recreation will be announced by the Control Room Officer.

F.      Inmates will present themselves at the cellblock door as quickly as possible if they are interested in recreation for that day.

G.      Cellblocks will not be intermingled in recreation except where noted.

H.      Inmates in Administrative Segregation shall be taken to recreation individually and may receive two hours of recreation per week in any combination of time units determined by staff, however not less than two separate times.  Those inmates in BMC status will receive no recreation if their time in BMC is 10 days or less.

I.      Prisoner activities, programs and services shall be available to prisoners with disabilities.

J.      Inmates will wear their issued clothing to recreation.  Shoes and pants will be worn. No bare feet are allowed in recreation.  Shirts may be removed while within recreation areas to reduce soiling of shirts from sweat.

K.      Inmates will cross their arms (fingers in their armpits) and keep them crossed until instructed to remove them by a staff member in charge, to and from the recreation area.

L.      Inmates shall take no cups, commissary or other articles to recreation.

M.      While in recreation inmates shall obey all posted or verbal rules. First offense has a

minimum loss of recreation privileges of two weeks and shall be documented by written report.

N.   In the event of an emergency, at the direction of any staff member, all inmates in the recreation area shall immediately assume a sitting position on the floor with arms crossed.  They shall remain in that position until ordered to move by a staff member.

O.   Inmates returning from recreation will be subject to a rub or strip search.  After the search, inmates will be returned to their cellblocks.

P.   Recreation will not begin before 0700 hours for inmates in general population.

Q.   In dorm leisure activities are provided through television and board games purchased through commissary.

R.   No leg squats.

S.   No running in recreation.


**SECTION 17          LIBRARY**

A.   The library is a privilege, which any inmate at the Linn County Correctional Center may use.  However, if an inmate abuses this privilege, the inmate's use of the library facility can be suspended through disciplinary procedures.

B.   The library cart will be used to exchange books for inmates on Sunday mornings. Books will be exchanged on a one for one basis, inmates do not pick the selection of books.

C.   Each cellblock is limited to its capacity of books off the cart.  The books marked with the LCCC stamp on the edge will be left in the dayroom on the phone table or next to their individual cell door if they are in the dayroom.  Each inmate will be permitted to take one library book into their cell at night for purposes of reading after lockdown. Any library books in excess of that number found in their cells will be seized as contraband and returned to the dayroom.

D.   If any library books are damaged or lost, it is the inmate's responsibility to give notice to the deputy assigned to the area.

E.   Any inmate who intentionally destroys or vandalizes a library book will face disciplinary action and be required to make restitution for the book.

**SECTION 18**        **PERSONAL BOOK INVENTORY**

A.     Inmates are permitted to have hard or softbound books along with magazines, newspapers, educational materials, religious materials and personal law books in their possession and in their personal cells as long as they are clearly marked with their name. Books belonging to inmates currently not in the facility are not allowed.

B.     THE MAXIMUM NUMBER OF PERSONAL VOLUMES IN THE INMATE'S POSSESSION IS TEN (10), WHICH INCLUDES ONLY ONE BOOK FROM LCCC.

C.     Each personal volume will be marked with the inmate's name and LCCC ID number when it is received through the mail from an authorized source. (See Mail, Section 19).

D.     Books, magazines and excess papers (legal or otherwise) will no longer be added to the inmate's clothing bag. It is the inmate's responsibility to keep below the allowed limit. The LCCC offers two choices when an inmate's inventory exceeds the maximum amount:

      1.     Throw it away.

      2.     Send it out via mail package that will be purchased from commissary by the inmate.

E.     Books received from the Chaplain will be stamped with the Chaplain's stamp and inmate's name, and recorded by the control officer. Chaplain's religious materials will be delivered by officers with the other mail and will be stamped indicating the material came from the Chaplain. All books shall be returned when due, or before released.

**SECTION 19**        **MAIL**

A.     Hardcover and soft cover materials received through the mail must come from retail stores, publishers, or book clubs. (No used books).

B.     Excluding weekends and Holidays, incoming and outgoing letters will be held for no more than 24 hours and packages no longer than 48 hours prior to delivery to the inmate or post office.

C.     All incoming mail may be opened prior to distribution to determine if it contains contraband. **EXCEPTION:** Legal mail that is clearly marked as legal mail **MUST** be opened in the presence of the inmate.

1.     Legal mail is defined as mail to or from an attorney or attorney organization, a judge, the governor of Iowa, the citizen's aid office (OMBUDSMAN), a member of the state or federal legislature, or other government officials.

D.     No mail shall be read by any Center employee unless reasonable grounds exist to believe that the correspondence would endanger the safety or security of the Center. Material of this nature that is sent in may result in disciplinary action and/or criminal charges against the sending party and intended inmate.

E.     Each inmate shall be provided with sufficient stationery and postage for two personal letters per week, outgoing.

    1.     There is no limit to further correspondence provided the inmate can pay for stamped envelopes and stationery.

    2.     Stamped envelopes and writing paper shall be available at the Center for inmate purchase.

F.     Mail correspondence from one inmate to another inmate shall be required to go through the United States Postal Service and counts as part of the postage provided on a weekly basis.

G.     Mail shall be forwarded to inmates who are transferred to other institutions. Otherwise, mail will be returned to the sender.

H.     All mail must show the inmate's name and the proper return address with the following format:

> Inmate Name
> Linn County Correctional Center
> PO Box 608
> Cedar Rapids, Iowa 52406

Mail without this complete return address or altered by crossing out any portion will not be sent and will be returned to the inmate for correction.

I.     Envelopes shall be free of artwork and markings other than the forwarding and return address or will be returned to the inmate for correction.

J.     All work release inmates must process all mail through the Center.

K.     All letters must be left unsealed when placed in the mailboxes.

    1.     LEGAL MAIL EXCEPTION:  Legal mail may be sealed, after inspection by the floor officer, in the presence of the floor officer.  The floor officer will mark the flap with their badge/ID number to indicate that this has been done

properly.  The mail will then be collected or dropped in the cellblock's mailbox.

L.    Those persons defined under Sec. 19 (c) shall be considered Legal Mail and the inmate will be provided stationary and postage for all such correspondence, not to exceed five letters per day.

M.    Mail will be picked up at/after each meal and at final lockdown.

N.    I.C.E. Detainee correspondence with an entity of the media is considered "special correspondence" and will be handled in the same manner as legal mail.


**SECTION 20       ACCESS TO COURTS/LAW LIBRARY**

A.    Inmates are allowed telephone calls to attorneys during Center regular business hours.

B.    Center regular business hours are listed below:

> 0800 - 1130
> 1300 - 1630
> 1800 - 2100

C.    Length of call to an attorney is unrestricted except that it should permit other inmate's equal time to make their calls to attorneys.

D.    Every inmate will be allowed a sufficient number of unmonitored calls upon initial arrival at the Center to notify an attorney and a bail bond company, if appropriate.

E.    Inmates will be permitted to return attorney calls within a reasonable time.

F.    Inmates will be allowed unlimited and unmonitored visits with attorneys during regular business hours (see B above for hours).

G.    Inmates will be provided with pens, paper, and envelopes for correspondence with attorneys, clerks of court, governmental officials, and government agencies, upon request.  Inmates shall be provided stationery and postage for all such correspondence as outlined in Sec 19 (L).

H.    **No food or hygiene products shall be taken to the law library.**

I.    A notary public is available by submitting a request to the Sergeant.

J.    An inmate is allowed to receive legal assistance from another inmate provided the following do apply:

1.     No charge is made for the assistance.

2.     The inmates cannot be of the opposite sex, i.e. male/female.

3.     Not related by marriage, blood or adoption.

4.     Cannot be co-defendant unless ordered by the courts.

5.     All legal consultations will take place in the law library.

6.     The inmates are in the same living unit.

K.     The law library is available to inmates every day, upon request, during regular hours. No more than three (3) inmates are allowed in the library at one time. Amount of time allowed to each inmate may be adjusted according to amount of requests, however for not less than one hour. Every effort will be made to place inmates in the law library the day they request it, but staffing and usage will dictate when it is available.

L.     No legal volumes from the library are permitted to be removed by an inmate to take to their cell for use. **EXCEPTION:** Inmates in disciplinary isolation/administrative segregation may request a single volume for their use while in this status. Inmates may have only one (1) volume at a time in their cell and all volumes used are to be returned to the law library at 2100 each night.

## SECTION 21     ATTORNEY VISITS

A.     Attorney visits are defined as visits by an attorney who is representing an inmate on any legal matter. They are contact visits and are not counted against the personal visitation of the inmate. Consultations are held in conference rooms on the floor the inmate is housed, if available.

B.     Attorney visits are conducted during the Centers regular business hours and have no time limit, but they will **NOT** be extended beyond normal visiting hours without Supervisor's approval. **EXCEPTION:** A newly arrested inmate may consult with their attorney at any time of the day or night.

C.     Attorneys will not be permitted to visit an inmate in any area other than a conference/interview room without the express permission of the Administrator or Assistant Administrator.

D.     Attorneys will provide proper identification of their profession if their identity is unknown to Center Staff. This may include a bar card or written verification from a Judge or Clerk of the District Court plus a picture ID.

1.  Attorneys generally visit alone, but may on occasion bring in co-counsel, special investigator, interpreter or intern. A Sergeant or Commander must give clearance for these additional people.

E.  Attorney's briefcases, files, and handbags are subject to search upon entry into the Center. Attorneys are told to **NOT** give anything to an inmate without **FIRST CLEARING IT WITH THE FLOOR OFFICER**, who will inspect it. Paperclips, staples, metal clasps, file folders, highlighters, ballpoint pens, legal pads, etc. are **NOT** to be given to inmates by attorneys -- **DO NOT ASK YOUR ATTORNEY FOR ANY ITEMS.**

## SECTION 22          HEALTH SERVICES

A.  MEDICAL

1.  Each inmate shall be asked appropriate questions concerning his or her present medical condition, medical needs, and medication requirements, if any on admission. A physical will be provided to each inmate within 14 days of admission.

2.  Inmate workers who work in food service in the Center shall receive a medical examination prior to beginning such work. This examination will include the administration of a mantoux intradermal tuberculin skin test.

3.  Inmates seeking medical care for a medical complaint shall submit in writing an inmate request slip (KITE) stating the nature of the medical problem. If not an emergency, the medical staff will screen for the most serious complaints first and place them on a list to be seen. **EXCEPTION**: Emergencies due to injury or to unexpected, rapid onset of a medical condition.

4.  Inmates reporting any type of emergency shall expect that staff members will respond immediately. Inmates in cellblocks should move to their cell areas and prepare to lock down. Inmates in other areas should go to the far side of the area and sit down with their arms crossed and await further directions.

    a.  Inmates who abuse the emergency response system shall face disciplinary action.

    b.  Center staff shall not refuse to respond to an emergency call on the assumption that inmates are abusing the system.

5.  No inmate shall be involved in any phase of delivery of medical services.

**EXCEPTIONS:**

      a.    Insulin-dependent diabetics may give their own injections under supervision.

      b.    Inmates may take their own medication after having it approved by an authorized staff member.  (Examples:  inhaler, nitro, ointments, and suppositories)

6.    Medical diets shall be available whenever the nurse or doctor indicates such a diet shall be provided to the inmate.

7.    Inmates affected by a chemical control or electrical control device agent must be offered appropriate treatment as soon as possible.

B.    ROUTINE SICK CALL

1.    Inmates with health problems not of an emergency nature shall be evaluated by a Center nurse, or Department Paramedic, if no Center nurse is available.  Appropriate measures will be taken to alleviate discomfort, provide on-going treatment for chronic health problems, etc.

2.    Sick call will be done daily by the Center nurse.  All requests for sick call will be made in writing, stating the nature of the medical problem.  All sick call requests must be placed in the mail/kite box by 0650 each morning.  All requests will be reviewed by the nurse (or in their absence the Shift Supervisor) to determine the best way to meet the problem or request for service.

3.    The nurse may request a signed RELEASE OF INFORMATION from an inmate to obtain pertinent medical records to facilitate current treatment needs and to provide an adequate history of a chronic problem.

4.    Arrangements for routine medical treatment and transportation will be made by the nursing staff.  **NO INMATE** will **EVER** arrange for his/her own appointments.  While an inmate of the Linn County Correctional Center, inmates will be under the care of the Center physician.  Private personal physicians will be consulted as medically indicated.

5.    Extreme medical emergencies will be managed by the shift Supervisor and Emergency Medical Services with transport to an Emergency Room pending stabilization of the inmate's condition.

6.    The Center physician may refer an inmate to a specialist if indicated.

7.    Work release inmates will be responsible for their own medical care, with the exception of emergencies, which will be handled by medical staff or assigned personnel. Work release inmates will make their own routine appointments after having it authorized by the shift supervisor.

C.    CONTAGIOUS DISEASES

1.    Center nurse will confer with the Linn County Health Department to determine the appropriate measures when dealing with contagious illness, sexually transmitted diseases, and epidemics.

2.    Positive tests resulting from TB testing shall be referred to the Linn County Health Department nurse for follow-up.

3.    Inmates with questionably contagious or known contagious problems shall be isolated and the staff advised of necessary isolation procedures.

4.    All cases of lice infestation shall be immediately treated.  All inmates in close proximity with the infested person shall also be treated.  Living quarters, toilet facilities and linen will also be disinfected.  EXCEPTIONS:  Pregnant inmates.

D.    MEDICATIONS

1.    No medication will be given to any inmate without doctor's orders, or specific directives from the Center nurse, or Jail physician.

2.    Medications shall be administered at regularly scheduled intervals (twice daily) unless specially ordered for other times. Medication times (approximate) are as follows:

a.    Four (4) times a day:   0800-1100-1600-2000—add every 6 hours schedule times 0200, 0800, 1400, 2000

b.    Three (3) times a day:  0800- 1400-2000---add every 8 hours schedule times of 0000, 0800, 1600

c.    Two (2) times a day:   0800-2000

d.    One (1) time a day:     0800 or 2000

3.    When medications are to be passed, staff will announce "MEDS".  At that time, all inmates who wish to receive medication will go to the gun-line with a **cup of water.**  The Nurse or Officer will call out the name of the inmate who is to come to the door to receive their **SCHEDULED** medication.  No one is to cross the gun-line until directly ordered to do so. The TV will be turned off

during med passes.

    a.    If an inmate fails to report to the gun-line when medications are being passed, an inquiry will be made by the escorting deputy, which may result in disciplinary action, and/or review of the medication's necessity by the prescribing physician.

4.    As needed medications (PRN) will be avoided unless specifically indicated at regular medication times. Inmate's name will not be called for as needed medication.

5.    Accurate records will be kept of all medication administered.

6.    If the physician or nurse finds that an inmate has abused the availability of medical care by repeatedly requesting assistance after the doctor or nurse has determined the complaint to not be of a serious nature, the physician or nurse may formulate a set of instructions for Center personnel to use in dealing with future complaints of the inmate.

7.    Possession of medication in excess of prescribed dosage is prohibited and will result in disciplinary action.

8.    Work release inmates are responsible for taking their own medications. Those medications will be stored in the assigned work release locker.

9.    Inmates are allowed to have the following in their cells: eye and eardrops (non-prescription only. Prescription eye/ear drops will be authorized by Jail Doctor), inhalers, nitroglycerin and any other medication deemed necessary by Health Services.

E.    DENTAL

1.    The Center will provide pain relieving dental care for those inmates with severely decayed teeth or impacted wisdom teeth. Oral exams will be done on all inmates at the time of their physical exam.

2.    All inmates will be provided with a toothbrush and toothpaste.

3.    Inmates who are serving lengthy sentences, or anticipate long periods while awaiting trial may be transported for other types of dental care. All dental appointments will be made by jail nursing staff.

F.    OBSTETRICAL CARE

1.    All pregnant inmates shall receive pre-natal care.

2. Pregnant inmates may be followed by their personal obstetrician if they are already seeing one.  Otherwise, they will be referred to Eastern Iowa Health Center, if newly identified as pregnant.  High-risk pregnancies will be referred to an appropriate facility as determined by Health Services .

3. Pregnant inmates will be provided pre-natal vitamins and milk with meals.

4. Pregnant inmates who desire termination of the pregnancy must pursue a court order for such a procedure through her attorney.  The attorney will be advised of any pertinent information by Center health staff.  The Center nurse and physician at the appropriate health facility will make arrangements.  This procedure will be done at the inmate's expense.

G.   DIAGNOSTIC TESTING

1. Blood work will be ordered by the Center physician and drawn by the Jail nurse.

2. Center personnel will carry out any specific directives as to preparation for diagnostic work (e.g. isolation of inmate to prevent food or drink intake prior to testing).

3. All urine specimens will be obtained under direct supervision of the staff.

4. X-rays and other diagnostic procedures shall be done only upon the order and approval of the Jail physician.  Inmates shall be transported by the Sheriff's Office (or other appropriate agency personnel) for such work-ups.

5. Medical records will be kept on all inmates seen for any reason.  Medical records are considered confidential and are stored separate from inmate confinement records in a locked room.

H.   OBSERVATION CELL USAGE FOR DISTURBED INMATES

1. The observation cell is utilized to provide safety for disturbed inmates and to provide safety for other inmates.

2. The observation cell will be used when circumstances warrant and under the following criteria:

   a.   Disruptive, loud acting-out behavior.

   b.   Inmate making threats to harm self or others.

   c.   Housing an inmate pending transfer to a psychiatric unit for evaluation and/or treatment.

      d.      Highly intoxicated inmates or those with active psychoses.

3.      The Shift Supervisor will make the determination to place the inmate in the observation cell based on personal observation and staff input.

4.      Inmates prior to being placed in the observation cell shall be strip-searched for any items with which they could harm themselves. Appropriate meals will be served without utensils in a Styrofoam container or hand food, as appropriate. For comfort and warmth as appropriate, a blanket may be provided.

5.      The inmate will be attired in a suicide smock when deemed appropriate by the Shift Supervisor.

6.      Regular checks every 15 minutes or as otherwise specified will be made and comfort breaks will be offered at regular intervals. If an inmate is taking medication, it will be administered at the regular intervals.

7.      Length of time spent in the observation cell may be determined by the inmate's behavior. If an inmate is held in the observation cell for more than 24 hours, Center health staff will evaluate on a regular basis the health needs and appropriateness for further evaluation.

8.      The mental health nurse will be notified if an evaluation is warranted.

9.      Written documentation (incident reports) by the shift supervisor making the move shall be filed with the Jail Administrator and the Inmate Record prior to the completion of shift; noting the reasons, beginning times and start of inmate activity log.

## I.      MEDICAL ISOLATION

1.      Medical isolation is utilized for those inmates with special health care needs of a non-behavioral type.

2.      Criteria for placement in medical isolation include:

      a.      Questionable or known contagious health problems (e.g. TB exposure, URI, scabies, high fever, MRSA.).

      b.      Need for more frequent nursing care: wounds, dressing changes, colostomy care, sitz baths, and inmates with GI bleeding.

      c.      Newly released hospital patients treated for illness or surgery, or have had outpatient operative procedures.

d.      Pregnant inmates with questionable bleeding problems.

e.      Inmates who require special equipment for ambulation such as crutches, wheelchairs, walkers, cane, and who if placed in general population would constitute a security and safety concern. Assistive devices may be authorized for use in the medical block.

f.      Inmates with sleep disturbances.

g.      Inmates who are being prepped for diagnostic work.

h.      Other situations as determined by medical or nursing staff not readily identifiable.

i.      Inmates who are noncompliant with Center treatment plans may be isolated to better observe their health status until such time as a recommendation can be made by Health Services as to their continued healthcare.

J.      OVER-THE-COUNTER SELF MEDICATION

1.      Over the counter self-medication is available in the commissary to include pain relievers, decongestants, etc.  Quantities are limited in the amounts that can be purchased at one time.

2.      The nurse will be monitoring over-the-counter medications that he/she is distributing on rounds.  Persons that are abusing the nurse's time and requesting over the counter medications routinely at almost every sick call for undiagnosed illnesses will be restricted at his/her professional discretion. Inmates experiencing undiagnosed illnesses should report to sick call for evaluation by medical personnel.  **AGAIN, ABUSERS WILL BE DENIED OVER-THE-COUNTER MEDICATIONS FOR UNDIAGNOSED ILLNESSES.**

**SECTION 23            MINISTERIAL VISITS**

A.      All inmates of the Linn County Correctional Center have the right to practice their religion so long as it does not interfere with the safety and security of the staff and/or other inmates.  For security reasons, any minister who is incarcerated in the Linn County Correctional Center will not be allowed to conduct religious services for other inmates.

B.      No minister will be allowed a face-to-face visit with an inmate without first filling out the Ministerial Clearance Questionnaire, have a photo taken, and receive authorization to visit from the Jail Administration. Until such clearance and

authorization is given, visits will be through regular visitation.

C.    No minister will be allowed to visit a member of his/her family as a minister.  Visits to family members are to be construed as a regular visit and conducted through normal visitation.

D.    Ministers must request to see a specific inmate.  No proselytizing group requests will be allowed.

E.    For a group religious service to be held, at least three inmates must request the service.

F.    No materials may be given to the inmate without the approval of the Shift Supervisor.

G.    Counseling visits that are found not being utilized for that purpose will be documented and the information forwarded to the Administrator for action.

H.    Under unusual circumstances, (i.e. death in the family, suicide, etc.) the visiting hours, the number of visits and the length of visit may be waived by the Jail Administrator or his/her designee.  The Shift Supervisor may also grant a temporary clearance.

I.    No more than two ministers will be allowed to visit an inmate at one time.

J.    Only visual observations will be allowed of the ministerial visit or counseling session.  No electronic monitoring will be permitted.

K.    The Chaplain who is assigned to the Center may visit all inmates at the discretion of the Jail Administrator.

L.    Ministers will be searched prior to the visit for contraband by metal detectors and having hand carried items visually inspected.

M.    Ministers found smuggling or attempting to smuggle contraband in or out of the Center will be subject to criminal charges.  His/her privileges to visit inmates as a religious representative will be terminated.

N.    All inmates shall be afforded a reasonable opportunity to pursue their religious faith.  Inmates shall be permitted to observe religious holidays and maintain a religious diet, subject to reasonable health and safety regulations.

O.    An inmate stating a religious preference during the booking process shall be considered that religion for the duration of his/her stay.

P.    Fasting for religious reasons shall be submitted in writing to the Chaplain, who will verify the purposes and reasons given with authorities as to specific religious practices, and will then seek approval for the fast from the Jail Administrator.  Each

request will be judged on an individual basis. Food trays will not be passed into the cell area for the inmate at meal times, if the request is approved.

Q. In-house forms for marriage must be requested from the Chaplain, with final approval by the Center Administrator. Federal prisoners must also receive permission in writing from the U.S. Marshal Service, or U. S. Attorney's Office.

R. Bible Study is offered for both male and female inmates, however requests for attendance to multiple types of religions will be restricted due to limited space and opportunities for all inmates.

S. Bibles and other religious materials are available through the Jail Chaplain.

T. Braiding of hair or other disruptive behavior will result in being removed from religious services and/or disciplinary action.

## SECTION 24          WORK RELEASE--EDUCATION

A. Under Iowa law, a person sentenced to serve jail time is eligible for Work Release upon order of the Judge of the District Court.

B. The Jail Commander or assigned Sergeant shall be in charge of all work release programs. He/she is also responsible for arranging all on-the-job site visits and/or oversight.

C. Work Release may be approved by appropriate order and staff's authorization for the following purposes during necessary and reasonable hours:

    1. To seek employment.

    2. To work at one's employment.

    3. Conducting an inmate's own business and/or other self-employed occupation.

    4. Attendance at an educational institution.

    5. Medical treatment.

D. All inmates released under these provisions, while absent from the Center, are considered to be in the legal custody of the Sheriff, and shall be subject at any time to being taken into custody and returned to the jail. Those inmates working outside Linn County must have a court order stating permission.

E. Upon receipt of a court order approving Work Release, the individual will be responsible for retrieving a Work Release Information sheet and upon its completion;

will make an appointment to meet with the Shift Sergeant to complete the Work Release Agreement and to determine a schedule for either a job search/employment hours/education.

F.      The Sheriff requires daily fees in advance (for a minimum of 7 days) in cash.

G.      No inmate shall leave on the Work Release Program unless the Jail Supervisor has given prior approval. Each Work Release inmate will be responsible for turning in his/her weekly schedule to the Jail by Wednesday of the week prior.

H.      Inmates on work release will depart and return by the front door of the Center, checking out and in, as appropriate.

I.      Inmates on work release will be permitted to bring in a maximum of 3 changes of work clothing, which will be maintained in his/her assigned work release locker. Male Work Release inmates will launder their own clothing in the machines provided. Female Work Release inmates will have their clothing laundered by inmate workers in the laundry. All clothing shall be placed in an individual container supplied for this purpose.

J.      All Work Release inmates will be strip searched upon return to the Center. Attempts to introduce contraband into the Center will result in the loss of work release privileges and may lead to disciplinary and criminal charges.

K.      In-house disciplinary actions can lead to a suspension of work release privileges for up to five (5) days. Any actions that involve restrictions greater than five (5) days will be reported to the court in a petition requesting a revocation of work release privileges.

L.      All work release inmates will be subject to random drug and alcohol testing. Refusal to submit will result in the loss of the work release privilege. Inmates may have their privileges suspended up to five (5) days pending investigation.

M.      Inmates eligible for work release shall have the opportunity to pursue educational and vocational skills and training programs available in the Cedar Rapids area. The court order must specify education as a reason for release.

N.      Any inmate serving time 30 days or more shall be given the opportunity to work towards his or her general equivalency degree (G.E.D.). Inmates shall be allowed to receive educational materials, including hardbound covered books, provided that they are received directly from the educational institution or publisher. This is subject to the limitations contained in Section 18. Inmates not meeting the serving time requirement may be allowed to participate only upon agreeing and paying all costs associated with the GED program. Contact the Jail Chaplain for assistance.

O.     Those inmates eligible for work release or education release must make their application through the Work Release supervisor.  Application must be in writing.

P.     **WORK RELEASE LOCKER POLICY:**
       As a work release inmate you will be assigned a personal property locker. You will be required to post a Thirty Dollar ($30.00) security key deposit.  This deposit will be returned to you at the time of your release from the Linn County Correctional Center and the return of the security locker key. The security locker key will be your total responsibility while you are serving time as a work release inmate.  No other person should have access to it and you will take it with you to your cellblock when you return from work each day.  This will make you completely responsible for all of your personal belongings (money, jewelry, wallet, etc.).  Failure to turn in this key will cause you to forfeit the $30.00 deposit.

Q.     **DRUG TEST POLICY:**
       I understand and agree to report to the Linn County Correctional Center initially and each and every day thereafter free of any alcohol and/or drugs in my system and to arrive on time.  If I fail to follow this rule and turn myself in under the influence I may be charged with public intoxication and could forfeit my work release.  I also understand that I am required to pay a total of Ten Dollars ($10.00) for an entry-level drug test and one to be administered during my stay.


**SECTION 25          INMATE WORKERS**

A.     Inmate worker privileges may be granted to qualified inmates who apply in writing. Favoritism will not be employed in selecting workers; however, an inmate who has a previous favorable standing as a worker will be given consideration.  There is **NO** established right to the inmate worker status.

B.     Inmates with records as sex offenders or with highly assaultive backgrounds will **NOT** be considered for inmate worker status.

C.     Inmates granted worker status are eligible for up to 20% "Good Time" reduction of sentence.

D.     There are two (2) classifications of inmate workers:

       1.     Kitchen Workers

       2.     Laundry/Floor Workers

E.     INMATE WORKERS WILL POSITIVELY BE SEARCHED FOR CONTRABAND PRIOR TO PLACEMENT BACK IN THE LIVING UNIT - AFTER EACH TIME OUT.

F.     In all instances, deputies are to closely supervise the inmate worker under their supervision and perform the required searches and direction necessary.

G.     Responsibilities:

    1.     Laundry/Floor Workers

          a.     Maintenance of hallways, both walls and floors, by mopping and sweeping, scrubbing of walls.

          b.     Empty wastebaskets and trash removal.

          c.     Clean elevators.

          d.     Clean restrooms.

          e.     Clean any other areas as directed by staff or Shift Supervisor.

          f.     Move materials and furniture throughout the Center or Courthouse under the supervision of staff.

          g.     Laundry.

    2.     Kitchen Workers:

          a.     Shall be inspected for cleanliness.

              i.     Shall wear a clean uniform daily.

              ii.     Shall wear a hairnet or cap when in food preparation area.

              iii.     Shall shower daily and keep their hair clean.

              iv.     Shall wash hands after each use of the bathroom, prior to resuming work.

          b.     Must be examined and pass physical administered by Center nurse, including TB screening.

          c.     Shall be responsible to the cooks for preparation work for meals and cleanliness of work surfaces and kitchen area.

          d.     Assist in preparing meals where directed, dish up trays and load food carts.

              e.     Will clean after each meal and at any time designated by the

cook.

    3.    Laundry Workers

        a.    Wash, dry, and sort clothing and linen.

        b.    Fold and store all clean clothing and linen.

        c.    Make up individual issues of clothing and linen for incoming inmates.

        d.    Load distribution carts in appropriate sizes of clothing and linen.

        e.    Maintain the laundry, restroom, and storage areas in a clean and sanitary condition.

        f.    Floor and Laundry Workers may from time to time, be required to go beyond the secured areas of the center and when required, **WILL ALWAYS BE ACCOMPANIED** by a **DEPUTY** outside of secure areas.  These areas may include:  visitation, outdoors, the courthouse, and the center mechanical room.

        g.    The inmate worker will be searched **EACH AND EVERY TIME HE IS RETURNED TO THE INMATE WORKER CELLBLOCK, WITHOUT EXCEPTION**.

H.    Federal prisoners will **NOT** be appointed as inmate workers, unless approved on a limited basis by the Jail Administrator.

I.    Inmate workers, while working under the supervision of staff, shall not be in the dayroom areas of any cellblock unless accompanied by a staff member, nor shall they talk to other inmates housed in cellblocks where they may be working.  Inmate workers found violating these rules will lose their worker position.

J.    KITCHEN CLEANING SCHEDULE

    1.    The following shall be done after each meal:

        a.    Counters and tables cleaned.

        b.    Floors swept and scrubbed.

        c.    Sweep storeroom floor.

        d.    Wipe off stove and all other surfaces.

        e.    Clean dishwasher and dish machine area.

      f.      Clean sinks, carts and wells.

2.      The following shall be done daily:

      a.      Wash can opener in dishwasher and scrub area around the can opener.

      b.      Clean immediately any equipment that has been used (mixer, slicer, etc.).

      c.      Clean the steamer--shut off, drain, wipe inside and out.

K.      The following shall be done weekly and shall be supervised by a cook:

1.      Wash walls.

2.      Clean walk-in cooler.

3.      Clean dry storage area.

L.      When supplies are delivered, they are to be removed from boxes when possible and stored neatly in the proper area.

M.      Stock is to be rotated as supplies are put away.

N.      The freezer shall be cleaned at least quarterly.

O.      Prior to any inmate working as an inmate worker, the work supervisor shall explain, document and demonstrate:

1.      Safe work practice and methods.

2.      Safety features of individual products/pieces of equipment.

3.      Training reference the safe handling of hazardous materials the inmates are likely to encounter in their work.

4.      Training is documented in individual detention file.

## SECTION 26      INMATE REGULATIONS

A.      INMATE QUARTERS:

1.      Inmates must be up and dressed with beds made and quarters cleaned by 0700. Beds shall remain made during the day.

2.      Garbage will be collected at 2200 hours.

3.      Female sanitary napkins will be placed in disposable bags for said purpose (ask the correctional officer for bags) and placed in the garbage.

4.      Female tampon applicators will be placed in the garbage, not flushed down the toilets, as in #3 above.

5.      Toilets, sinks, and tabletops shall be cleaned every day.

6.      Floors shall be swept and mopped every morning and evening.

7.      All other surfaces will be cleaned as needed.

8.      Inmates shall inform the deputy or correctional officer each morning before 0800 if there is a light out, if plumbing needs repair, or if there is any other maintenance needs.

9.      Cleaning materials will be passed after 2200 hours for a general sweeping, mopping of the dayroom and tabletops will be cleaned.

B.    COMMUNICATIONS BETWEEN MALE AND FEMALE INMATES:

1.      Female and male inmates shall not converse with each other, or yell through the vent systems.

2.      Female and male inmates shall not talk or yell at each other while being taken to the recreation area, law library, or otherwise moved within the Center.  If they do so they will be returned to their living unit.

3.      Female and male inmates shall not signal, pantomime messages, or otherwise physically communicate with each other anywhere in the Center.

C.    INMATE MAIL /KITE BOXES:

1.      All outgoing inmate mail, request slips (KITES), sick call requests, and commissary slips will be placed in the blue mail/kite boxes within each living area near the doors for pick-up at mealtimes or at final lockdown.

2.      Requests for response from the Jail Administrator, Lieutenant, Sergeant, Chaplain, or Nurse must include a short description as to the reason.

3.      Requests to see the nurse shall be placed in the boxes by 0700 hours.

4.      Commissary slips will be passed out at the evening meal or shortly thereafter

on Sunday, Tuesday, and Thursday and taken from the mailboxes at 2230 hours by floor deputies and officers. All new monies in your account must be deposited by 1400 hours on the day the slips are passed to be credited to your account for purchases from commissary for that day. If you have no other money in your account, you will not be able to purchase any commissary until the following commissary day. If you order more items than you have money to pay for, the order will not be filled. If you do not sign your commissary sheet, the order will not be filled.

**SECTION 27          GOOD TIME**

A.    Although the Jail Administrator makes the recommendation for good time, the sentencing judge has final authority as to whether or not an inmate actually receives the reduction of sentence.

B.    Good Time shall be computed on the following inmate status:

    1.    Inmate workers -- up to 20% reduction of sentence.

    2.    General population -- up to 10% reduction of sentence.

C.    Good Time will **NOT** be considered for the following types of inmates:

    1.    Those serving time for Contempt of Court.

    2.    Those serving time for Failure to Pay Child Support.

    3.    Those returned from a Community Corrections Center or Community Corrections Services.

    4.    Those who failed to surrender on the court ordered date and time or failed to schedule a date and time to serve the jail sentence with the Sheriff's Office within ten (10) days of the sentencing date.

    5.    Inmate in a "HOLD" status for another law enforcement jurisdiction.

    6.    Federal inmates serving time as a safe keeper.

    7.    Those inmates serving sentences less than 30 consecutive days.

    8.    Those inmate serving a mandatory minimum term of thirty days for OWI 3rd offense per Iowa Code Section 321J.2.

D.    Good Time is only for inmates who have not violated any rules and/or regulations while an inmate in the Center.

1. Inmates subject to disciplinary action shall not be considered for good time.

2. If worker status is lost due to disciplinary action, no good time shall be considered.

   a. 10% reduction may be granted to workers as long as the loss of worker status was not due to disciplinary action.

3. The Jail Administrator may grant good time contrary to (1) and (2) for less serious disciplinary action.

## SECTION 28          COMPUTATION OF SENTENCE

A. Days are computed as 24-hour time frames. The time the inmate is received is the starting time of the 24-hour day (e.g. if Inmate Smith comes in at 1530 on May 1 and he is to do 2 days, he will get out on May 3, at 1530).

1. If the inmate is sentenced to serve a term of days and hours, the calculation will be done in the same manner, (e.g. if Inmate Smith is sentenced to do 54 hours and is received on May 1 at 1530, he will be released on May 3, at 2130).

B. Sentences which are set out as monthly increments will be calculated on the basis of each individual month without regard to number of days in the month, as some months have 28, 29, 30, or 31 days in them. Therefore, a 6-month sentence is not necessarily 180 days long.

C. Responsibility for making certain that previous time served is properly credited to a sentence is that of the inmate and his/her counsel through the courts.

## SECTION 29          RELEASES--ALCOHOL INVOLVEMENT

A. Anyone arrested on an alcohol-related charge will remain in-custody a minimum of five (5) hours before being considered for release, if posting bond.

B. In addition, a minimum blood alcohol level of less than .05 (.01 for anyone under 21 years of age) must be registered on the Datamaster used in the STOP processing area. If there is any doubt in the shift supervisor's mind relative to the person's abilities in regards to public safety, he/she may be detained longer.

C. Anyone who comes in after 0000 may not be tested until after 0600 due to workload and staff availability.

D.      Alcohol-related charges are found under Code section 123.46, .47, .47a, 321.J2.


## SECTION 30            SUBSTANCE ABUSE PROGRAMS/COUNSELING

A.      SUBSTANCE ABUSE PROGRAMS / COUNSELING

1.      Alcohol and substance abuse counseling and meetings are available for both women and men.

2.      The Area Substance Abuse Council provides services to both male and female inmates.

B.      DOMESTIC ABUSE / BATTERER EDUCATION PROGRAM

1.      Court ordered education programs for inmates serving time on charges of domestic abuse are provided by the County Attorney's office on a periodic basis in the classroom of the Center.

2.      A list of inmates is sent by the County Attorney's office to the Center. Inmates on the list are **REQUIRED** to attend sessions as a condition of their incarceration and sentence.

3.      Failure to comply can lead to judicial review and re-sentencing by the original judge.


## SECTION 31            EMERGENCY PREPAREDNESS PLAN

A.      Inmates are required to follow all directives and orders given to them in a rapid and timely manner in the event of a disaster.  Failure to follow orders or directions could lead to personal injury of staff or inmates. Failure to follow orders or directions may also lead to disciplinary action.


## SECTION 32            TIME OUT/COOLING OFF

A.      Inmates may be placed in this status for up to 24 hours with only verbal notification by the Shift Supervisor to the inmate.  If more than 24 hours is required to normalize the situation, an administrative segregation notice must be issued in writing to the inmate.

B.      Verbal notification will be logged by the appropriate control room officer for the inmate involved in the jail log and on each inmate's personal log involved.

C.      Inmates placed in this status may be placed in holding cells on various floors,

depending on  availability.

D.    This classification shall not be used for punitive purposes.  Rather, its intent is to diffuse the incident.

E.    All efforts shall be used to return the inmate to general population upon completion of the 24 hour cool down period if no violation is forthcoming.

F.    Inmates placed on 24 hour cool-down status are allowed to have the following: towel, drinking cup, bible, and hygiene products.


**SECTION 33          INMATE GRIEVANCE**

A.    When an inmate has a grievance, it is required that the Jail Administrator or designee be notified of that grievance in writing by the inmate.

B.    When the written grievance is received by any jail officer, it will be forwarded immediately to the shift supervisor for review.

C.    The date will be on the grievance when it is received by the administration.

D.    Once received, the matter will be reviewed by the shift supervisor and typically the grievance will then be forwarded to a Lieutenant for response.

1.    The grievance may be assigned for follow-up to another staff member at the discretion of the jail command.

2.    The assigned officer will handle the matter according to the instructions given at the time of assignment, and then report to the jail administration, in writing.

E.    The inmate will be given an initial written response within 10 days of the date that his/her grievance was received.  If the matter in question has not been resolved at that time he/she will be further notified in writing when that matter has been resolved.

1.    The 10-day response time is intended to be a maximum response time.  A quicker response is desirable.

2.    Since some matters may require more than 10 days to investigate, the first notice will advise the inmate that his complaint is being handled.

3.    Further written information will be sent to the inmate when appropriate.

F.    All grievances received from inmates as well as all reports concerning the handling of those matters, and all responses to inmates will be preserved in the Jail Management System.

G.      Grievances will be filed in the inmate's legal file when completed.

H.      The Jail Administrator receives a copy and reviews all grievance responses for appropriateness.

I.      If the inmate disagrees with the response, he/she may then appeal to the Jail Administrator in writing.

J.      ICE Detainees:

      1.      ICE detainees may appeal an adverse grievance decision to ICE.

      2.      LCCC staff or another detainee may assist with filing a grievance.

      3.      As with all inmates, ICE detainees can be assured that no LCCC staff (or other persons) will retaliate against them for filing or pursuing any grievance.

K.      Staff shall attempt an informal resolution to address or correct any issues that can be resolved within their control.  Inmates are still allowed to submit a grievance.

## SECTION 34            DUE PROCESS - INMATE DISCIPLINE

A.      DUE PROCESS:

      1.      Each inmate shall receive the rulebook containing:

            a.      All rules of inmate conduct.

            b.      Procedures by which violations of rules will be determined.

            c.      Disciplinary actions, which may be taken upon the finding of a specific rule violation.

            d.      Procedures for appeal of such determinations.

      2.      Posting of rules on a conspicuous, accessible bulletin board, and/or placement of a rulebook within the inmate law library or within each cellblock will additionally satisfy the notice of rules.

      3.      Inmates shall receive written notice of any amendment to the rulebook.  Such amendment must be in writing and notice given 24 hours prior to becoming effective.

      4.      Inmates shall receive assistance in understanding the rulebook if they possess

any problem in reading and/or understanding said rulebook.

5.     Each offense shall be punishable by one of the following:

    a.     A reprimand (written/verbal).

    b.     Curtailment of privileges for more than 24 hours.

    c.     Placement in isolation.

    d.     Loss of good time.

6.     No punishment shall be imposed for a single offense, which shall exceed 240 hours.  Punishment shall not interfere with an inmate's right to access to the courts. Punishment shall not be capricious or retaliatory. Punishment shall not reduce the number of personal telephone calls to less than one every 3 days (such phone call can be 15 minutes in duration).  Punishment shall not reduce the number of personal visits to less than one per week.  Punishment shall not reduce an inmate's exercise time to less than two (2) hours per week (unless serving BMC time, which results in no exercise time for a 10 day time period).  Punishment shall not limit the number or duration of attorney-client telephone calls or visits from the attorney.  Inmate calls to the attorney is limited to one completed call per day. Punishment shall not further limit the number or duration of religious visits previously described.  Corporal punishment is prohibited.  Denial of food, heat, light, clothing, bedding, showers or any other requirement of good health and hygiene is prohibited unless required for safety or security of the inmate or staff.

    a.     Note:  An inmate may receive a personal phone call or visit during regular visitation or phone hours, after placement in isolation, however the time for the next one is 3 days for phone calls and the following week for a visit.  (Sunday thru Saturday visitation week.)

7.     In the event of multiple offenses, no period of punitive isolation (BMC) shall exceed 240 consecutive hours or 30 days in a 45-day period.

8.     No inmate will be allowed to have authority or disciplinary control over another inmate.

9.     Any inmate found with bedding in the dayroom that is in violation of regulations will receive a two-week commissary restriction.  If the inmate is garnished, the disciplinary process will handle the restriction. The affected inmate will receive written notification and given an opportunity to appeal the decision to the Jail Administrator.

10.     Any inmate found performing knee-bending exercises (squats) will be subject

to disciplinary action. Because this exercise has been associated with card games, a continuance of this violation will result in the seizure of all playing cards and the discontinuation of the sale of these from commissary.

B.    DISCIPLINARY PROCEDURE:

1.    Once an alleged rule violation occurs, a report outlining the charges against the inmate shall be prepared by the employee who observed or knows the most about the incident.  Said report shall be submitted to the on-duty shift supervisor for approval prior to the employee ending his/her tour of duty.

2.    If the shift supervisor determines that further action is warranted, the inmate shall receive a copy of the initial report, at least 24 hours prior to the disciplinary hearing.

3.    The following procedures shall be followed:

a.    An employee other than an employee with personal knowledge of the occurrence shall be assigned to investigate the occurrence.

b.    The accused inmate shall be asked to name all witnesses he/she wishes to have interviewed with respect to the occurrence.

c.    Written statements from witnesses shall be obtained:  If any witness refuses to provide such a statement, that refusal shall be in writing and signed by the witness, or in the event the witness refuses to sign by the investigating employee.

d.    Not less than 24 hours nor more than 120 hours (excluding weekends and holidays) after the delivery of the initial occurrence report to the inmate, a hearing shall be held on the report.  Upon   request, and for good cause, the inmate shall be granted a continuance of this hearing. However, this continuance shall not be more than 120 hours beyond the time of the delivery of the initial occurrence report to the inmate.

e.    The hearing shall be conducted by a hearing officer, normally a Jail Lieutenant, and in his/her absence by a Sergeant.

f.    The accused inmate shall be entitled to the following rights:

i.)    To be present.

ii.)   To be represented by an inmate of his/her choice, if permitted, or staff if the inmate is unable to read and/or write or involves a language barrier.

50

iii.) To call his/her own witnesses (inmates or staff) when permitted by hearing officer. (The hearing officer may choose to substitute a written witness statement in lieu of physical testimony, and/or view video of the incident.)

iv.) To testify or refuse to testify.

v.) To a decision based only on the evidence presented at the hearing.

vi.) To a written statement of the evidence relied upon and the reasons for the disciplinary action to be taken.

vii.) To be informed of his/her right to appeal.

viii.) To be free from punishment pending disposition of appeal.

g. An inmate aggrieved by the decision of the hearing officer may appeal that decision in writing to the Jail Administrator or designee within 24 hours. The Jail Administrator or designee will examine all evidence and written appeal by the inmate. Within 72 hours (excluding weekends and holidays) after being notified of the appeal, the Jail Administrator or designee shall provide a written decision to the inmate. The Jail Administrator or designee may sustain the hearing officer, overrule him/her, or reduce the severity of the disciplinary action taken by the hearing officer. The 24 hours are not included in Ad-Seg time.

4. The Jail Administrator or his/her designee shall not participate in any decision regarding disciplinary action involving an occurrence of which he/she has personal knowledge (e.g., as a witness, investigator, report officer, etc.). In such instance where the Jail Administrator must disqualify himself/herself, another officer of at least the rank of lieutenant will perform this function.

5. If the alleged infraction may also constitute a crime under the Iowa Criminal Code, the inmate shall be notified that no evidence obtained during the investigation or hearing will be used in a criminal proceeding. The filing of criminal charges based upon an occurrence at the Center will not preclude disciplinary procedure for the same act. Further, the Jail Administrator may defer disciplinary proceedings in favor of criminal prosecution.

**SECTION 35        ADMINISTRATIVE SEGREGATION**

A. An inmate may be summarily removed from the remainder of the Center population and placed in administrative segregation if there is reasonable cause to believe that an

inmate is:

1.    Dangerous to himself/herself.

2.    Dangerous to others.

3.    In danger from others.

4.    An immediate threat to the safety or security of the institution.

5.    Inmates likely to be exploited and victimized by others.

6.    PROTECTIVE CUSTODY:  When an inmate requests protective custody and the request is granted, he/she will remain in that status and be reviewed every ten days by the Shift Supervisor and a determination made whether or not to continue the protective custody status for the benefit of the inmate's well-being and safety, similar to procedures outlined for Administrative Segregation.

B.    Upon an inmate's placement in administrative segregation, the following procedures shall be followed:

1.    A written report stating in detail the facts and reasons for the administrative segregation shall be completed by the on-duty shift supervisor.

2.    Within 24 hours of the inmate's placement in administrative segregation, the inmate shall be given a copy of the report and the report shall be forwarded to the Jail Lieutenant for review.

3.    If the Jail Lieutenant determines that such reasonable cause exists, he shall within 48 hours (excluding weekends) of the commencement of administrative segregation, provide to the inmate and supervisor his decision. If the segregation is for medical purposes, he will also provide referral to the nursing staff.

4.    In the event of a determination that the factual basis required for emergency segregation is lacking, the inmate shall be returned to his/her prior classification.

5.    Upon a finding that the required factual basis for emergency segregation exists, the inmate shall be given a written statement of the evidence relied upon and the reasons for the continuance of the segregation.

C.    Upon a finding that the required factual basis for administrative segregation exists, such segregation may continue.  However, the Jail Lieutenant shall make a weekly review of the situation in order to determine that such factual basis continues to exist.

Such review determination will be appealable by the inmate as outlined above.

D.    BEDDING:  Bedding will be restricted for those in administrative segregation status, BMC, and 24 hours cool down from 0530 to 2230 hours.

E.    FIGHTING:  Any inmate involved in a fight or assault where medical treatment is required (determined by staff) will be assigned to administrative segregation after any disciplinary isolation time for a period of at least thirty (30) days, to allow staff to evaluate every ten (10) days the inmate's proper classification level prior to reassignment to open population for safety and security purposes.  Non-injury fights or assaults will result in disciplinary isolation for a time period of at least twenty (20) days.

**SECTION 36        PRISON RAPE ELIMINATION ACT**

It is this agency's mission to provide a safe, humane & secure environment for all inmates, free from the threat of sexual misconduct of inmates (by inmates or staff) AND to be free from retaliation in reporting sexual misconduct.

The Linn County Sheriff's Office has a **ZERO-TOLERANCE** for sexual misconduct of any kind within its facilities! **ALL** allegations of sexual misconduct will be fully investigated and treated in a confidential and serious manner.  If an alleged incident of sexual misconduct is found to have occurred, the person(s) responsible will be subject to in-house disciplinary action and/or criminal prosecution.

*SEXUAL MISCONDUCT*- One or more inmates engaging in, or attempting to engage in a sexual act with another inmate which can include threats of violence, intimidation, any unwanted intentional inappropriate touching either directly or through the clothing of the genitalia, anus, groin, breast, inner thigh or buttocks.  This includes sexual abuse AND any other actions and/or communications by one or more inmates aimed at coercing and/or pressure to engage in unwanted sexual behavior.

Sexual misconduct between staff and inmates is any form of a sexual nature which includes acts or an attempt to commit acts of sexual contact, sexual abuse, invasion of privacy, intimacy, or behavior for personal sexual gratification.

*SEXUAL ACTIVITY*- Intentional contact of an inappropriate nature either directly or through clothing such as touching of the genitalia, anus, groin, breast, inner thighs, or buttocks of a person.  This includes touching unrelated to the necessary performance of job duties.

*SEXUAL ABUSE*- Sexual contact by persuasion, inducement, enticement, or by force.

*SEXUAL HARASSMENT*- Unwelcome sexual attention that can include:  unwelcome sexual

flirtations, advances or propositions, verbal abuse of a sexual nature, graphic verbal comments about an individual's body, sexually degrading words used to describe a person, displaying of sexually suggestive object or pictures, any other verbal or physical conduct or communication of a sexual nature.

· Choose your associations wisely.  Look for people who are involved in positive groups & activities.
· Do not accept gifts or favors from others.  Most gifts come with strings attached.
· Do not accept an offer from another inmate to be a protector.
· Avoid borrowing & becoming indebted to someone.
· Carry yourself in a confident manner.  Do not permit your emotions (fear/anxiety) to be obvious to others.
· Be alert to activity going on around you.

Sexual conduct between inmates regardless of consensual status is **PROHIBITED!**

Any conduct of a sexual nature by staff directed toward inmates under their care, custody and supervision regardless of consensual status is **PROHIBITED!**

**WHAT IS RETALIATION?**
Retaliation is intimidation to prevent a person from filing a complaint or participating in an investigation of a complaint.  This agency **PROHIBITS** any individual from interfering with an investigation, including intimidation or retaliation against any witnesses.  **ANY PERSON** that has reported an alleged incident of sexual misconduct **WILL NOT** be retaliated against by inmates or staff!  **ANY** person who is found to have retaliated against another that has reported an alleged incident of sexual misconduct will be subject to disciplinary action & criminal prosecution.

**IF YOU'RE ASSAULTED:**
· Advise staff immediately, or soon as practical.
· Do not shower, wash, drink, change clothing or use the bathroom until you have been seen by medical staff.
· Medical staff will exam you for injuries.
· You will be asked to consent to a sexual assault exam.
· Cooperate completely with the investigation.
· Mental health staff is available to help you  recover from the emotional impact of sexual misconduct.

**HOW TO REPORT:**
• Verbally
• Letter (Kite)

- Anonymously
- Through a Third Party
- Emergency grievance

**WHO TO REPORT IT TO:**
- Deputy
- Correctional Officer
- Jail Administrator
- Shift Supervisor
- Medical Staff
- Attorney
- Foundation 2 Crisis Center
- Riverview Center Sexual Assault/Rape Crisis

**Contact Information**

Correspondence between inmates and any of the below agencies will be treated as confidential communication.

Linn County Correctional Center (892-6300)
Attn: Jail Administrator
53 3rd Avenue Bridge
Cedar Rapids, IA 52401

Linn County Attorney's Office (892-6350)
51 3rd Avenue Bridge
Cedar Rapids, IA 52401

Linn County Public Defender's Office (398-3690)
215 4th Avenue SE Suite 300
Cedar Rapids, IA 52401

Foundation 2 Crisis Center (362-2174)
1540 2nd Avenue SE
Cedar Rapids, IA 52401

Foundation 2 Depression & Anxiety Group
1540 2nd Avenue SE
Cedar Rapids, IA 52401

Riverview Sexual Assault/Rape Crisis Line

524 4th Avenue SE
Cedar Rapids, IA 52401
1-888-557-0310

The above agencies have mandatory reporting rules governing privacy, confidentiality, and/or privilege that apply for disclosures of sexual abuse made to outside victim advocates, including any limits to confidentiality under relevant federal, state, or local law.

**SECTION 37          VIOLATIONS**

00.1   Killing, attempting to kill, injure, or maim another person.
00.2   Assaulting another person.
00.3   Fighting with another person.
00.4   Threatening another with bodily harm, or with any offense against his person or his property, including intimidation, expressed or implied.
00.5   Extortion, blackmail, protection (strong-arming):  Demanding or receiving money or anything of value in return for protection against others, to avoid bodily harm, or under threat or informing or acting as "middle man" for someone engaged in any of this activity.
00.6   Engaging in sexual acts with others.
00.7   Making sexual proposals or threats to another.
00.8   Indecent exposure or gesture.
00.9   Escape (out of place of assignment).
00.10  Attempting or planning an escape or covering for or aiding other persons.
00.11  Wearing a disguise or mask or attempting to change or conceal your identity.
00.12  Setting or attempting to set a fire.
00.13  Destroying, altering, defacing, or damaging county property, or the property of another person.
00.14  Stealing and/or unauthorized possession of any article.
00.15  Tampering with, or blocking any locking devise, door or window, vent or camera.
00.16  Alteration of any food or drink.
00.17  Possession or introduction of an explosive or any ammunition.
00.18  Possession or introduction of a gun, firearm, weapon, sharpened instrument, knife or unauthorized tool.
00.19  Possession, introduction, or use of any narcotics, narcotic paraphernalia, drugs, or intoxicants not prescribed for the individual by the medical staff.
00.20  Misuse of authorized medications.
00.21  Possession of a financial instrument or legal tender.
00.22  Failure to follow medical and/or dietary restrictions.
00.23  Draping of bunks.
00.24  Possession of anything not authorized for the inmate and not issued to him through regular institutional channels.
00.25  Possession of another person's clothing or property.
00.26  Possessing unauthorized clothing; mutilating or altering clothing.
00.27  Rioting.
00.28  Rioting.
00.29  Encouraging others to riot.
00.30  Engaging in, or encouraging, a group demonstration.
00.31  Refusing to work, or to accept a program assignment.
00.32  Encouraging others to refuse to work or participate in a work stoppage.
00.33  Refusing to obey an order of any county employee, peace officer, or other person in authority.
00.34  Violating a condition of furlough (or any other type of conditioned leave).
00.35  Unexcused absence from work, or any assignment.
00.36  Malingering, feigning an illness.

00.37 Failing to perform work or any order (written or verbal) as instructed by a supervisor or any person in authority.

00.38 Insolence, or being disrespectful towards a staff member or any other person.

00.39 Lying or providing a false statement or information to any person.

00.40 Conduct which disrupts or interferes with the security, tranquility, or orderly running of this institution.

00.41 Counterfeiting, forging, or unauthorized reproduction of any document, article of identification, money, security, or official paper or unauthorized use of an official document or paper.

00.42 Participating in unauthorized meeting, gathering, or petitioning.

00.43 Being in an unauthorized area, crossing gun lines without permission, more than 1 person in controlled access area (day room toilet).

00.44 Failure to follow safety or sanitation regulations.

00.45 Using any equipment or machinery which is not specifically authorized.

00.46 Using any equipment or machinery contrary to instructions or safety standards.

00.47 Failing to stand count.

00.48 Interfering with the taking of count.

0.49 Making, hiding, or being in possession of intoxicants.

0.50 Being intoxicated or using intoxicants including petroleum distillates (sniffings).

00.51 Using abusive or obscene language.

00.52 Gambling or the incurring of debts or possession of debt lists.

00.53 Preparing or conducting a gambling pool.

00.54 Possession of gambling paraphernalia.

0.55 Being unsanitary or untidy; failing to keep one's person and one's quarters in accordance with posted or instructed standards.

00.56 Tattooing or self-mutilation or attempted self-mutilation and/or destruction.

00.57 Unauthorized use of mail.

00.58 Unauthorized contacts with any person.

00.59 Correspondence or conduct with any person in violation of posted or instructed regulations.

00.60 Giving, receiving and/or coercing or offering any person a bribe or anything of value including contraband or in an attempt to gain special favors or circumvent established procedure.

00.61 Giving money or anything of value to, or accepting money or anything of value from another person.

00.62 Violation of any Federal or State law.

00.63 Attempting to commit any of the offenses listed in this section, aiding another person to commit any of the listed offenses, and making plans to commit any of the listed offenses.

00.64 Telephone infractions.

00.65 Obstruction of lights or monitoring systems.

0.66 Affixing of any pictures, cards, cartoons, or caricatures of any type to walls, ceilings, or other cell surfaces.

0.67 Altering, re-arranging, or using authorized materials to create tools, articles of adornment, or other contraband items.

00.68    Possession or introduction of cigarettes or tobacco products to include matches or lighting devices used to ignite them.

00.69    Violation of General Regulation _____ Section_____ (free text):  Used to cite specific areas in the rules and regulations other than enumerated infractions.

00.70    Failing to lock-out or lock-down when ordered to by staff.

00.71    Inmate shadow-boxing, horseplay, or participating in martial arts demonstration.

**SECTION 38        BMC AND AD-SEG RESTRICTIONS CHART**

These restrictions apply at time of placement in cell or status change to BMC at time of calendar posting.

| AD-SEG | EVENT | BMC |
|---|---|---|
| Non-specific time frame. Reviewed by Lieutenant every 10 days. | **TIME** | Specific time frame of not more than 10 days.  Time starts when BMC calendar is posted and appeal completed. |
| A reasonable amount of phone calls are allowed and should be logged if inmate is in a single cell. Other calls should be made when inmate is out for shower/cleaning. | **Personal Phone calls.** | 1 verified (15 min) call every 3 days. |
| A reasonable amount of legal calls are allowed and should be logged if inmate is in a single cell. No limit on calls made during time the inmate is out for shower/cleaning. | **Legal Phone Calls** | 1 verified legal call per day. |
| 0800-0900 7 days per week | **VISITATION HOURS** | 0800-0900 7 days per week |
| No change- 2 per week | **# OF VISITS** | 1 per week |
| At least 2  1 hr. periods per week | **RECREATION** | NONE |
| No restrictions on amount. Follow any other security restrictions as appropriate. | **ATTORNEY VISITS** | No restrictions on amount. Follow any other security restrictions as appropriate. |
| No restrictions | **LETTERS** | Legal mail only |
| Legal book (one at a time) may be provided to inmate during daytime, upon request, and returned at the end of same day. | **LAW LIBRARY** | Legal book (one at a time) may be provided to inmate during daytime, upon request, and returned at the end of same day. |
| Personal hygiene items, within reason, may remain in cell as long as they are not considered contraband.  No items need to be removed from inmate in Ad-Seg unless deemed excessive or contraband by Sgt. | **MISC.** | No personal items allowed other than personal hygiene items, one religious book, legal material, one pair of socks, shirt and underwear (extras to be kept outside of cell). |
| No- Inmate may have one religious book in cell. | **CHURCH** | No- Inmate may have one religious book in cell. |
| Daily | **SHOWERS AND CLEANING** | Daily |

# Brian D. Gardner
# Sheriff

**Major Pete Wilson**
Jail Administrator

**Captain Matt Sandvick**
Asst. Jail Administrator

**Lieutenant Kent Steenblock**
Jail Commander

**Lieutenant Chad Shover**
Jail Commander