Linn County Correctional Center
surveillance camera footage of 5/27/22 assault,
as filed on 10/7/22 by U.S. as Ex. 1 to its
Motion for Upward Variance in *U.S. v. Church*
(NDIA Case No. 1:19-CR-00030-CJW-
MAR-1)

(Delivered, contemporaneously with filing of
Palmer's First Amended Complaint, to NDIA
Clerk of Court for filing in this Action.)