IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CEDAR RAPIDS DIVISION

| | |
|---|---|
| ETHAN LEE PALMER, ) | |
| ) | |
| Plaintiff, ) | No. 1:22-CV-00113 CJW-KEM |
| ) | |
| v. ) | NOTICE OF SETTLEMENT |
| ) | |
| BRIAN GARDNER, PETE WILSON, ) | |
| UNKNOWN NAMED AGENTS OF THE ) | |
| LINN COUNTY SHERIFF'S OFFICE, and ) | |
| UNKNOWN NAMED AGENTS OF THE U.S. ) | |
| MARSHALS SERVICE ) | |
| ) | |
| Defendants. ) | |

Plaintiff Ethan Lee Palmer ("Palmer") submits this Notice of Settlement and states:

1. Palmer and Defendants Brian Gardner, Pete Wilson, and the Unknown Named Agents of the Linn County Sheriff's Office have agreed to a settlement in principle of this Action, resolving all claims in the Action.

2. Settlement documents are being finalized, which will include Palmer filing a Stipulated Dismissal with Prejudice of the Action. Palmer anticipates filing the Stipulated Dismissal with Prejudice as soon as possible upon performance of the settlement agreement.

3. As Palmer and other Parties work through finalization of settlement documentation and settlement performance, Palmer requests all cases deadlines be stayed and held in abeyance, with Palmer to provide a status report to the Court within 30 days (if the Action has not been dismissed with prejudice by then).

WHEREFORE, Palmer requests this Court grant the relief requested herein, and for such other relief as this Court deems appropriate.

Dated: June 16, 2023

/s/ Jeremiah D. Junker
TIMOTHY J. HILL (#AT0003534)
   Direct Dial: (319) 861-8758
   Email: thill@bradleyriley.com
JEREMIAH D. JUNKER (#AT0013077)
   Direct Dial: (319) 861-8745
   Email: jjunker@bradleyriley.com
   of
BRADLEY & RILEY PC
2007 First Avenue SE
P.O. Box 2804
Cedar Rapids, IA 52406-2804
Phone: (319) 363-0101
Fax:   (319) 363-9824
*ATTORNEYS FOR PLAINTIFF*
*ETHAN LEE PALMER*

Copy to:

Elena Wolford
Assistant Linn County Attorney
935 – 2nd Street SW
Cedar Rapids, IA 52404-2100
Email: elena.wolford@linncountyiowa.gov
*ATTORNEYS FOR DEFENDANTS*
*BRIAN GARDNER AND PETE WILSON*

Evelyn S. Yarborough
NC Bar No. 56629
Trial Attorney, United States Department of Justice Torts Branch, Civil Division
P.O. Box 7146
Washington, D.C. 20044-7146
Tel:   (202) 307-2106
Fax:   (202) 616-4314
Email: evelyn.s.yarborough@usdoj.gov.
*ATTORNEYS FOR DEFENDANT*
*PATRICK REINERT*

CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true copy of this document was served upon the persons listed on this document at the addresses indicated by CM/ECF electronic notification or by enclosing the same in an envelope with postage fully paid and by depositing said envelope in a United States Post Office depository this 16th day of June, 2023. I declare under penalty of perjury that the foregoing is true and correct.

                                    */s/ Lynda S. Schmitz*