IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CEDAR RAPIDS DIVISION

| | |
|---|---|
| ETHAN LEE PALMER, | ) |
|     Plaintiff, | ) No. 1:22-CV-00113 CJW-KEM |
| v. | ) PARTIES' STIPULATED |
| | ) DISMISSAL WITH PREJUDICE |
| BRIAN GARDNER, PETE WILSON, UNKNOWN NAMED AGENTS OF THE LINN COUNTY SHERIFF'S OFFICE, and UNKNOWN NAMED AGENTS OF THE U.S. MARSHALS SERVICE | ) |
|     Defendants. | ) |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the Parties hereby stipulate to dismissal with prejudice of the above-captioned Action, with each Party to bear their own fees and costs incurred.

Dated: July 19, 2023

/s/ *Jeremiah D. Junker*
TIMOTHY J. HILL (#AT0003534)
    Direct Dial: (319) 861-8758
    Email: thill@bradleyriley.com
JEREMIAH D. JUNKER (#AT0013077)
    Direct Dial: (319) 861-8745
    Email: jjunker@bradleyriley.com
BRADLEY & RILEY PC
2007 First Avenue SE
P.O. Box 2804
Cedar Rapids, IA 52406-2804
Phone: (319) 363-0101
Fax:   (319) 363-9824
*ATTORNEYS FOR PLAINTIFF*
*ETHAN LEE PALMER*

/s/ *Elena Wolford*
Elena Wolford
Assistant Linn County Attorney

935 – 2nd Street SW
Cedar Rapids, IA  52404-2100
Email: elena.wolford@linncountyiowa.gov
*ATTORNEYS FOR DEFENDANTS*
*BRIAN GARDNER AND PETE WILSON*

/s/ *Evelyn S. Yarborough*
Evelyn S. Yarborough
NC Bar No. 56629
Trial Attorney, United States Department of Justice Torts Branch, Civil Division
P.O. Box 7146
Washington, D.C. 20044-7146
Tel:     (202) 307-2106
Fax:    (202) 616-4314
Email: evelyn.s.yarborough@usdoj.gov.
*ATTORNEYS FOR FORMER*
*DEFENDANT PATRICK REINERT*

CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true copy of this document was served upon the persons listed on this document at the addresses indicated by CM/ECF electronic notification or by enclosing the same in an envelope with postage fully paid and by depositing said envelope in a United States Post Office depository this 19th day of July, 2023.  I declare under penalty of perjury that the foregoing is true and correct.

/s/ *Lynda S. Schmitz*